$\mathcal{B}$

STATE OF CALIFORNIA—CORRECTIONAL TRAINING FACILITY                                    ARNOLD SCHWARZENEGGER, *Governor*

**DEPARTMENT OF CORRECTIONS**
P O Box 686
  ad, CA  93960
(831) 678-3951



RECEIVED
JUL 1 1 2005
BY:_____

JULY 08, 2005


ATTORNEY AT LAW
STEVEN DEFILLIPIS
625 N. FIRST STREET
SAN JOSE, CA. 95112


RE:    RUSH, ROBERT
       CDC# D-73321


DEAR MR. DEFILLIPIS:


Attached are your copies of material to be presented to the Board of Prison Terms when the above named inmate makes his appearance for parole consideration.

T⁺⁻ ⁿbove inmate is scheduled to appear before the Board for his hearing on AUGUST 12, 2005

If we can be of any assistance, please contact the Lifer Desk, (831) 678-3951, extensions 4396.

Sincerely,

*[signature: J. Garcia]*

for:
D.S. LEVORSE
Classification and Parole Representative



cc:    Central File

0094

BOARD OF PRISON TERMS                                                    STATE OF CALIFORNIA

# LIFE PRISONER PAROLE CONSIDERATION HEARING CHECKLIST

☐ Initial Hearing
☒ Subsequent Hearing

**All life prisoner hearing packets are to be divided into the following seven major categories. Within each category, similar documents should be filed together in reverse chronological order, beginning with the most recently dated document.**

1.  ☒ Cumulative Case Summary

2.  ☒ Board Reports (All)

3.  ☒ Psychiatric Reports (All)

4.  ☒ Prior Decisions (All)

5.  ☒ Notices and Responses, including:
     ☒ Notices and Responses (This hearing only)
     ☐ Official Letters (Since last hearing)
     ☐ Opposition Letters (Since last hearing)
     ☐ Supporting Letters (Since last hearing)
     ☐ Letters of Employment (Since last hearing)
     ☐ _____

6.  ☒ Legal Documents, including: (All Active Cases)
     ☒ Probation Officer's Report
     ☐ Arrest Reports
     ☐ Autopsy Report
     ☒ Abstract of Judgment
     ☒ Minute Order
     ☐ Charging Documents
     ☒ Appellate Decisions
     ☐ Sentencing Transcripts
     ☐ P.C. 1203.01 Statement
     ☐ BPT Investigations (Non-confidential investigations only)
     ☒ Other (Notice of Motion)

7.  ☒ Miscellaneous, including:
     ☐ Crime Partner's Last Hearing Transcript & Decision Face Sheet (If applicable)
     ☒ Notice of Hearing Rights (This hearing only)
     ☒ ADA Reasonable Accommodation Notice and Request BPT 1073 & 1073(a) (This hearing only)
     ☐ Listing of All Disciplinary Reports
     ☐ Listing of All Counseling Chronos
     ☐ Diplomas or Certificates of Completion (Since last hearing)
     ☒ Laudatory Chronos (Since last hearing)
     ☒ Chronos for Participation in Self-Help or Other Activities (Since last hearing)
     ☐ Other nonspecific, but pertinent information developed since date of last hearing

Checklist and packet reviewed for completeness by _____ CCRA Date 10·30·05

Checklist and packet reviewed for completeness by _____ CCRS Date_____

| | NUMBER | INSTITUTION |
|---|---|---|
| **RUSH, ROBERT** | **D-73321** | **CTF-SOLEDAD** |

BPT 1008 (Revised 11/01)

0095

```
CAL STATUS SUMMARY  TYPE-   D     CTF-C    ** DISCREPANT **01/23/2003 21:59
C    NUMBER  |  NAME
  D/3321    |  RUSH,ROBERT,DALTON                    |ETHNIC|    BIRTHDATE
                                                     | WHI  |   05/07/1965
TERM STARTS |  LIFE TERM STARTS     MIN ELIGIBLE PAROLE DTE |
  12/17/1987 |   12/17/1987            11/30/1997            |

SE TERM 15/00 + ENHCMNTS  2/00 = TOT TERM  17/00 TO LIFE  | PAROLE PERIOD
                                                          |LIFE

E-PRISON + POST SENTENCE CREDITS
SE    P2900-5 P1203-3 P2900-1 CRC-CRED MH-CRED P4019  P2931 POST-SENT  TOT
44594    483   .                                   
                                        241                  22    745
396 DNA REQUIRED AND HAS NOT BEEN COLLECTED
TIFICATION REQUIRED PER PC3056,6
HER NOTIFICATION REQUIRED

D, HEARING:  ---/----    DEFENSE ATTORNEY:  PORTER, GROVER
T, HEARING: 10/1996    INVESTIGATING AGENCY:  SAN BERNARDINO PD


CV DT/ COUNTY/    CASE    SENTENCE DATE
N    OFF-CODE  DESCRIPTION                           CREDIT   OFFENSE
                                                     CODE      DATE

TROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):

NTROLLING CASE --
7/1987  SBD  CR44594    11/24/1987
  P187 2ND   MURDER 2ND
             (O)WPN                                  32  07/00/1986
             P12022.5    01.USE F'ARM
                                              1

DATE    END DATE LOG NUMBER    RULE       D A Y S
                              NUMBER  ASSESS LOST REST DEAD

2/17/1987
RRENT PC BALANCE:  454     ******BEG BAL******
                             CURRENT BC BALANCE:   1364
```

SCREPANCY AND WARNING ERRORS

D73321    RUSH,ROBERT,DALTON                                          01-23-2003

SE=          ID=
END DATE FOR CREDIT CODE 1 IS 12/17/1987.

0097

INSTITUTIONAL STAFF RECOMMENDATION SUMMARY

SOURCES OF REPORT:  Probation Officer's Report dated 10/29/87, C-File and personal interview.

CONFIDENTIAL INFORMATION:  None noted as of 1/12/88.

HOLDS/DETAINERS:  None noted as of 1/12/88.

MEDICAL/DENTAL:  Full duty and camp.    DENTAL CLASS: II

PSYCHIATRIC/PSYCHOLOGICAL:  Referral indicated due to nature of offense
Leisla M. Howell, Sr. Psychologist   12/31/87

WORK SKILLS: Claims painter and maintenance.

NARCOTICS/DRUGS/ALCOHOL:  Claims occasional use of marijuana when he was in high school.  He denies use of all other controlled substance.  He drinks alcohol on occasion.

ESCAPE HISTORY:  None per POR and inmate denies.

ARSON HISTORY:  None per POR and inmate denies.

SEX RELATED OFFENSES:  None per POR and inmate denies.

\DEMIC/VOCATIONAL:  GPL: 12.7     AGCT IQ: 118

CASEWORK FOLLOW-UP:  Obtain and review CII and FBI arrest reports to update arrest history.

EVALUATION:  Rush, D-73321, is a 22 year old first termer, sentenced to CDC for seventeen years to life for murder second.  There is no prior arrest history noted.

During the interview, Rush readily admitted committing the instant offense, however, he stated that the morning of the offense, he and the victim had become involved in a verbal argument that led to a physical altercation. He reports that the victim beat him rather severely and refused to stop. He subsequently obtained a weapon (a 22 rifle) in an attempt to scare the victim.  He reports the victim attempted to grab the weapon and he shot him several times.  He states that he was scared and when his room mate returned to the residence they decided to bury the body in the desert in an attempt to conceal the crime.

He indicates he is extremely sorry for taking another human life and causing emotional suffering of the victim's family as well as his own.

RUSH        D73321        RCC/CIM        1/13/87        bkg

.0098

He indicates that while incarcerated he desires to continue his education and receive his college degree.

ince reception he has not been a custody problem to date and is not expected to become one at this time.  However, in view of his age and not being systems-sophisticated, he may fall easy prey to his more sophisticated delinquent peers.

RE-ENTRY PLANS:  N/A

CLASSIFICATION SCORE:  72          CUSTODY LEVEL:  IV

INSTITUTION RECOMMENDATION:  CCI-IV/CTF

REASON FOR OUT OF CLASS RECOMMENDATION:  Subject is not viewed as a serious management problem at this time.  Override to Level III appears to offer adequate security and housing needs at this time.

CORRECTIONAL COUNSELOR I: J.I. Roberts     1/12/88

SUPERVISOR'S RECOMMENDATION:Concern with override to level III. RxCTF
                            CDC 812 clear.


N. Brown          CCII          1-13-88


RULL..        D73321          RCC/CIM          1/13/87          bkg

## INITIAL PSYCHOLOGICAL SCREENING

TESTS ADMINISTERED:

California Achievement Test, Army General Classification Test, Minnesota Multiphasic Personality Inventory, Sentence Completion, Draw-A-Person, Who-Are-You, Personal Information.

INTELLECTUAL
CLASSIFICATION:

BRIGHT NORMAL


Leisla M. Howell, Senior Psychologist
Licensed Psychologist No.: PA 000183


Battery A


RUSH            D73321            RCC/CIM            1/13/87            bkg

0100

SOCIAL FACTORS

| PARENTS | NAME | DOB | OCCUPATION | ADDRESS |
|---|---|---|---|---|
| MOTHER: Ann Rush | | 45 | Teacher | PO Box 1314 |
| F THER: Richard Rush | | 49 | Business Manager | Blue Jay CA. |

SIBLINGS:

1. Brain---16
2.
3.
4.
5.

| MARRIAGES: | LOCATION | DATE | CURRENT ADDRESS | OUTCOME |
|---|---|---|---|---|
| 1. NONE | | | | |
| 2. | | | | |

NOT LEGALIZED:

1. NONE
2.

| C REN: | DOB | SUPPORTED BY | LIVING WITH |
|---|---|---|---|
| 1. | | | |
| 2. NONE | | | |
| 3. | | | |

AMILY ARREST HISTORY

NONE

OCIAL SECURITY NUMBER  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

RIVER'S LICENSE:  U1057736

ELIGION: NONE

AME  Rush, Robert Dalton _____ NUMBER  D-73321 _____   DATE 1-12-88
                                                                          DR

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
BUREAU OF CRIMINAL
IDENTIFICATION

REQUESTED FOR:CA CORR CHINO
ATTN:
REQUESTED BY:CA0349400    MNEMONIC:CKP
DATE:02-18-88  TIME-14:53:59  PAGE:001

- - - - - - - - - - - - - - - - - - - - - -

CRIMINAL HISTORY TRANSCRIPT          FOR OFFICIAL USE ONLY
*UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

- - - - - - - - - - - - - - - - - - - - - -

***III CALIFORNIA ONLY RECORD

CII NUMBER     DOB      SEX  RACE   HGT   WGT   EYE   HAIR   POB
A08274226    05-27-65    M    W     510   140   BLU   BRO    CO

NAMES
01 RUSH,ROBERT DALTON

MISCELLANEOUS NUMBERS
FBI-381425FA9
DOB-05-07-65
CDL-U1057736
SOC-524230300
INN-CDC-D073321

OCCUPATIONS
STUDENT

- - - - - - - - - - - - - - - - - - - - - -
DATE        AGENCY/FILE NUMBER      NAME  COUNT          ACTION
- - - - - - - - - - - - - - - - - - - - - -

ARREST/DETAINED/CITED
07-31-86   CASOSAN BERNARDINO        01    01   187 PC-MURDER
           772508

                                          ARRESTED BY:
                                          CAPDSAN BERNARDINO

COURT ACTION
11-24-87   CASCSAN BERNARDINO        01    01   187 PC-MURDER:SECOND
           SCR44594                              DEGREE
                                                 -USED FIREARM
                                                   -CONVICTED-COMMITTED TO
                                                    PRISON
                                                     FELONY
                                          SEN:
- - - - - - - - - - - 015 YEARS TO LIFE PRISON - - - - - - - - - -

CDC CUSTODY
12-17-87   CASDCORR CHINO            01    01   187 PC-MURDER:FIRST DEGREE
           D73321
                                                 -USED FIREARM
                                          SEN:
                                          015 YEARS TO LIFE PRISON

(CONTINUED PAGE 002)

DATE:02-18-88   TIME-.4:53:59   PAGE:002
CII NUMBER:A08274226   NAME:RUSH,ROBERT DALTON

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CRIMINAL HISTORY TRANSCRIPT          FOR OFFICIAL USE ONLY
*UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|--------------------|------|-------|--------|

COUNTY SENTENCED FROM:
SAN BERNARDINO CO
COURT #:CR-44594

END OF TRANSCRIPT                                              07381
                                                                 0103

# UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### IDENTIFICATION DIVISION
### WASHINGTON,D.C. 20537

PAGE    1

02/09/88

Use of the following FBI record, NUMBER    381 425 FA9    is REGULATED BY LAW. It is furnished FOR OFFICIAL USE ONLY and should ONLY BE USED FOR PURPOSE REQUESTED. When further explanation of arrest charge    2 or disposition is needed, communicate directly with the agency that contributed the fingerprints.

| Contributor: Identifier (ORI) Name Case Number (OCA) | Subject: Name State Number (SID) | Arrested or Received | C – Charge  D – Disposition |
|---|---|---|---|
| NATIONAL CRIME INFORMATION CENTER FGPT | CLASS: | | 23 AA AA 31 19 16 AA TT 28 21 |
| CA0360000 SHERIFF'S OFFICE SAN BERNARDINO,CA 772508 | RUSH, ROBERT DALTON CA08274226 | 07/31/86 | C-MURDER |
| CA036015C INSTITUTE FOR MEN CHINO,CA D-73321 | RUSH, ROBERT DALTON CA08274226 | 12/17/87 | C-CT 1 MURDER 1ST W/USE OF FA D-15 YEARS TO LIFE |
| REQUESTING AGENCY COPY CA027015C CORRECT TRAINING FAC SOLEDAD,CA | | | |

96126-71506

BOARD OF PRISON TERMS

LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

STATE OF CALIFORNIA

☐ DOCUMENTATION HEARING

☒ PAROLE CONSIDERATION HEARING    **A  D  D  E  N  D  U  M**

☐ PROGRESS HEARING

INSTRUCTIONS
    TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
    TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY
        ESTABLISHED, ie., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | |
|---|---|---|---|
| YEAR | BPT | PBR | REASONS |
| 12/22/04 to 9/16/05 (Present) | | | **PLACEMENT:** Remains housed at CTF, in the GP. **CUSTODY:** Remains at Medium A. **ACADEMIC:** None noted this period. **WORK:** Remains assigned as a Clerk in Education – Bridging Program. **VOCATION:** None noted this period. **GROUP ACTIVITIES:** None noted this period. **PSYCH TREATMENT:** Nonn noted this period. **PRISON BEHAVIOR:** Disciplinary free this period. **OTHER:** N/A. |

CORRECTIONAL COUNSELOR'S SIGNATURE

F. I. DeGUZMAN

DATE
9/16/05

RUSH, ROBERT     D73821     CTF     OCT/2005

SENT TO I/M ON  9/19/05

1004 (REV 7/86)    Page _1_

0105

LIFE PRISONER EVALUATION REPORT
PAROLE CONSIDERATION HEARING
OCTOBER, 2005 CALENDAR

2

_____  9/16/05
F. I. DeGuzman              Date
Correctional Counselor I


_____  9/16/05
R. Leach                   Date
Correctional Counselor II


_____  9-16-08
R. Pope                    Date
Facility Captain


_____  9-16-05
D. S. Levorse, C&PR         Date
Classification and Parole Representative


**RUSH, ROBERT**          D73321              **CTF**              **OCT/2005**

0106

# LIFE PRISONER EVALUATION REPORT
## SUBSEQUENT PAROLE CONSIDERATION HEARING
### MARCH 2005 CALENDAR

**RUSH, ROBERT D.**                                        **D73321**

I.    **COMMITMENT FACTORS:**

A.    **Life Crime**: Count 1, Murder 2nd, With Use of a Firearm, PC 187/12022.5, Case Number SBD CR 44594; Sentence: 17 years to Life. MEPD: 11/30/97. Victim: John Heinz, age unknown. Weapon: .22 caliber rifle. Date received in CDC: 12/17/87.

1.    **Summary of Crime:** All relevant documents from the previous hearing have been considered and that information appears valid.

2.    **Prisoner's Version:** All relevant documents from the previous hearing have been considered and that information appears valid.

3.    **Aggravating/Mitigating Circumstances:**

a.    **Aggravating Factors:** Remains the same as indicated in the previous report and also includes the following:
- Prisoner went to great lengths to hide the body avoid detection.
- There was use of a weapon.

b.    **Mitigating Factors:** Remains the same as stated on the previous report, and includes additionally that the crime was may have been committed during a period of trauma (ie., Rush claims he was recovering from a motorcycle accident which occurred about 5 months prior and was feeling very vulnerable at the moment of the Life offense. He claims he was depressed and confused about the whole situation.)

B.    **Multiple Crime(s):** N/A

1.    **Summary of Crime:** N/A

2.    **Prisoner's Version:** N/A

II.    **PRECONVICTION FACTORS:**

RUSH, ROBERT D.          D73321                    CTF-SOLEDAD          MAR/2005

SENT TO I/M ON  12·29·04                    0107

A.    <u>Juvenile Record</u>: None.

B.    <u>Adult Convictions</u>: This Life crime is his only offense.

C.    <u>Personal Factors</u>:  Remains the same as stated in the previous reports.

## III.    <u>POSTCONVICTION FACTORS</u>:

A.    <u>Special Programming/Accommodations</u>:  None.

B.    <u>Custody History</u>:  Since the last report, Rush remained at the Correctional Training Facility in the general population with Medium A custody. He continued in his work assignment as the Pre-Release clerk and received exceptional ratings in all categories on his Work Supervisor's Reports. On 12/22/03 he was reassigned as the Bridging Program clerk and received above average ratings in all categories of his work reports.

C.    <u>Therapy and Self-Help Activities</u>:  Rush continued his participation in the Alcoholic's Anonymous program since the time of his last report. He also completed Dr. Thomas Gordon's Family Effectiveness Training/Harmony in the home self-help program. He received a laudatory chrono in addition, for his voluntary assistance with the CTF Video Reports Program. Lastly, Rush is currently participating in the Anger Management and Fatherhood Lecture Series.

D.    <u>Disciplinary History</u>:  Rush remained disciplinary free during this period.

E.    <u>Other</u>: On 3/5/03 at Rush's Subsequent Parole Consideration Hearing #2, the Board of Prison Terms denied his parole for 2 years and made the following recommendations: Remain disciplinary free (accomplished), and continue to participate in self-help programs (accomplished).

## IV.    <u>FUTURE PLANS</u>:

A.    <u>Residence</u>:  Remains the same as stated on the previous report, with the exception of the inmate's father's change of address as follows: Mr. Richard Rush, 582 Grass Valley Court, Lake Arrowhead, CA.

B.    <u>Employment</u>:  Remains the same as stated in the previous report.

C.    <u>Assessment</u>:  A current employment offer in the area of drafting is recommended.

## VI. <u>SUMMARY</u>:

**A.** Prior to release the prisoner could benefit from: remaining disciplinary free and continuing his participation in self-help and therapy programs, when available, in order to face, discuss, understand and cope with stress in a nondestructive manner.

**B.** This report is based on an interview with the prisoner on 11/19/04 lasting approximately 1 ½ hours and a complete review of the Central File lasting 3 hours.

**C.** Prisoner was afforded an opportunity to examine his Central File on 11/19/04 and did so per CDC 128 B dated 11/24/04.

**D.** No accommodation was required per the Armstrong vs. Davis BPT Parole Proceedings Remedial Plan (ARP) for effective communication.

Case 3:07-cv-03990-CRB   Document 3-2   Filed 08/02/2007   Page 18 of 52

_S. Amo,_   12/22/04
Correctional Counselor I   Date

_J. Selvidge,_   12-22-04
Correctional Counselor II   Date

_R. Pope,_   12-22-04
Facility Captain   Date

_D. S. Levorse_   12/28/04
Classification and Parole Representative   Date

RUSH, ROBERT D.        D73321        CTF-SOLEDAD        **MAR/2005**

## LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

☐ DOCUMENTATION HEARING

☐ PAROLE CONSIDERATION HEARING

☐ PROGRESS HEARING

### INSTRUCTIONS

TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY
ESTABLISHED, ie., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 5/02 to 12/02 | | | **PLACEMENT**: CTF. **CUSTODY**: Remains at Medium A. **VOC. TRAINING**: None during this period. **ACADEMICS**: None during this period. **WORK RECORD**: Rush continued as the Pre-Release clerk. **GROUP ACTIVITIES**: He received laudatory chronos on 7/17/02 and 10/16/02 for actively attending the Alcoholics Anonymous Program at CTF. **PSYCH. TREATMENT**: None noted during this period. **PRISON BEHAVIOR**: Rush remained disciplinary free during this period. **OTHER**: None. |

_Arno, CCI_                                    DATE  12/22/04

RUSH, ROBERT D.          D73321                    CTF-SOLEDAD          MAR/2005

BOARD OF PRISON TERMS                                                                    STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
| YEAR | BPT | PBR | |
|---|---|---|---|
| 12/02 to 12/03 | | | **PLACEMENT:** CTF. |

**PLACEMENT:** CTF.
**CUSTODY:** Remains at Medium A.
**VOC. TRAINING:** None noted during this period.
**ACADEMICS:** None noted during this period.
**WORK RECORD:** Rush continued as the Pre-Release clerk until 12/22/03 when he was reassigned as the Bridging Program clerk.
**GROUP ACTIVITIES:** He continued his participation in the Alcoholic's Anonymous program per CDC 128-B's dated 1/8/03, 4/23/03 and 12/15/03. On 5/13/03 Rush successfully completed a course in the cause, prevention, treatment and management of Hepatitis. On 5/15/03 he received a laudatory chrono for volunteering his time and organizational skills in providing for clerical and production support in the Central Education Department's graduation and promotion ceremony.
**PSYCH. TREATMENT:** None noted during this period.
**PRISON BEHAVIOR:** Rush remained disciplinary free during this period.
**OTHER:** None.

ORDER:
- ☐ BPT date advanced by _____ months.
- ☐ PBR date advanced by _____ months.
- ☐ BPT date affirmed without change.
- ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
- ☐ Previously imposed conditions affirmed.
- ☐ Add or modify

- ☐ Schedule for Progress Hearing on appropriate institutional calendar

RUSH, ROBERT D.          D73321                    CTF-SOLEDAD              MAR/2005

DA:      ON TERMS                                                                    STATE OF CALIFORNIA

T 1004 (REV 7/86)                        Page _2_

BOARD OF PRISON TERMS

STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | |
|---|---|---|---|
| YEAR | BPT | PBR | REASONS |
| 12/03 to Present (11/04) | | | **PLACEMENT:** CTF. |

**PLACEMENT:** CTF.
**CUSTODY:** Remains at Medium A.
**VOC. TRAINING:** None noted during this period.
**ACADEMICS:** None noted during this period.
**WORK RECORD:** Rush continued as the clerk in the Bridging Program. On 3/9/04 he received all above average ratings in all categories of his Work Supervisor's Report.
**GROUP ACTIVITIES:** On 2/7/04 Rush successfully completed Dr. Thomas Gordon's Family Effectiveness Training/Harmony in the home self-help program. On 4/9/04 he received a laudatory chrono for his active participation in the Alcoholics Anonymous program. On 6/24/04 he received another laudatory chrono for his voluntary assistance with the CTF Video Reports Program. Rush claims that he is currently enrolled in the Anger Management and Fatherhood Lecture Series.
**PSYCH. TREATMENT:** None noted during this period.
**PRISON BEHAVIOR:** Rush remained disciplinary free during this time period.
**OTHER:** None.

RDER:

☐ BPT date advanced by ___ months.
☐ PBR date advanced by ___ months.

☐ BPT date affirmed without change.
☐ PBR date affirmed without change.

ECIAL CONDITIONS OF PAROLE:

☐ Previously imposed conditions affirmed.
☐ Add or modify

☐ Schedule for Progress Hearing on appropriate institutional calendar

JSH, ROBERT          D73321               CTF-SOLEDAD          MAR/2005

`TERMS

STATE OF CALIFORNIA

004 (REV 7/86)

0113

# LIFE PRISONER EVALUATION REPORT
## SUBSEQUENT PAROLE CONSIDERATION HEARING
### JULY 2002 CALENDAR

**RUSH, ROBERT**

D-73321

I.     **COMMITMENT FACTORS:**

A.     **Life Crime:** Count 1, Murder 2nd, with Use of a Firearm, PC 187/12022.5, Case Number SBD CR 44594; Sentence: 15 years to Life. MEPD: 11/30/97. Victim: John Heinz, age unknown.

1.     **Summary of Crime:** At some time before July 1, 1986, at their residence, John Heinz (victim) and his roommate, Robert Rush (subject), had an argument and physical altercation over household responsibilities. Robert Rush shot John Heinz numerous times with a .22 caliber rifle. Following the murder, another roommate, Marcus Hoy (co-defendant), arrived at the residence. Rush and Hoy cleaned the house of incriminating evidence and placed the victim's body in plastic bags and a sleeping bag. Rush and Hoy drove the body to the Dover Canyon area where they buried the victim. They buried the victim's wallet identification in a separate location. Rush and Hoy later took and left the victim's truck in Riverside. Rush and Hoy then used the victim's money to go drinking. Source: Probation Officer's Report, pages 1 through 3.

2.     **Prisoner's Version:** Rush states that he and the victim were roommates along with several other college students. On the day of the incident, Rush and Heinz got into an argument over household issues. Heinz then physically attacked Rush by pushing him to the ground and beating, kicking and verbally mocking him. Rush felt scared and helpless and went looking for a weapon to protect himself. Rush grabbed a .22 caliber rifle from underneath his bed. Rush then stepped into the hallway on the way to the bathroom to clean up a bloody nose. Rush was carrying the rifle and cocked it and told Heinz "to back off." Heinz then lunged towards him; Rush flinched, and the gun went off. Rush states he was shocked at what had occurred and did not know what to do. Just then his roommate Hoy came and he told him what had happened and asked him what to do. Hoy suggested that they hide the body so that no one would ever know what happened. Rush states he was frightened and ashamed of what he had done, so he went along with the plan to hide the body. They buried the body, and Rush did his best to go on as if nothing had happened. Rush

RUSH, ROBERT          D-73321          CTF-Soledad          JUL/2002

0114

states that he did tell his other roommate, Galloway, what had happened. Several weeks after that, he was arrested after Galloway turned him in. Rush does not blame Galloway but wishes that he had came forward immediately after the incident.

B.  **Aggravating/Mitigating Circumstances:**

1.  **Aggravating Factors:**

a.  During the commission of the crime, Rush had a clear opportunity to cease, but instead continued.

b.  Rush had a special relationship of trust with the victim, as they were roommates and friends.

2.  **Mitigating Factors:** Rush has no prior history of criminal behavior.

## II.  PRECONVICTION FACTORS:

A.  **Juvenile Record:** Rush has no known juvenile record; CLETS dated 2/18/88.

B.  **Adult Convictions:** Rush has no known criminal record until current offense. No prior county, probation or CDC history; POR, page 1.

C.  **Personal Factors:**

1.  Rush graduated from Rim of the World High School in 1983. He was also attending California State University San Bernardino at the time of the offense. Noted also is a certificate of completion of the Vocational Drafting and Architectural course.

2.  Rush had worked for Sickles Painting as a painter until the time of his arrest. Prior employment consisted of working at the Wiley Woods Conference Center as a maintenance employee.

## III.  POSTCONVICTION FACTORS:

A.  **Special Accommodations/Disability:** None.

B.  **Custody History:** Rush was originally received in California Department of Corrections on 12/17/87. He was processed through California Correctional Institution Reception Center (CCI-RC) and then transferred to the Correctional

Training Facility (CTF). His initial review established his custody at Close B and he was released to the general population. Rush has remained housed at CTF during most of his incarceration.

C.   **Work, Education, Vocation, Therapy & Self-Help Activities:** Rush participated and has been active and productive in the Entrepreneur Development Class (E.D.C.) at the Correctional Training Facility. Additionally, Rush successfully completed a course of instruction in HIV/AIDS and Infectious Disease. Rush also completed a fourteen (14) week IMPACT workshop. IMPACT Program is a self-help group designed to provide an opportunity for education and awareness at to profound negative impact of crimes on victims. Rush completed the requirements for self-help as documented by M. Carswell, PH.D, Staff Psychologist. The exercise is designed to illustrate the inmates understanding of the concepts and test his motivational skills for positive change. Rush continues to participate in Twelve (12) Step Program Alcoholics Anonymous and Narcotics Anonymous. During the past two years Rush has been assigned as a Teacher's Aide in Education and Pre-Release Clerk with exceptional ratings.

D.   **Disciplinary History:** None.

## IV.   FUTURE PLANS:

A.   **Residence:** Rush plans to reside with his parents Richard and Ann Rush, P.O. Box 1314, Blue Jay, California 92317. Rush indicated that his parents would support him morally and financially until he will be able to establish himself financially.

B.   **Employment:** Rush plans to seek employment in the drafting field as he already has a certificate of completion in Vocational Architectural Drafting. In an interview for this report an updated employment offer has not been received.

## V.   USINS STATUS: N/A

## VI.   SUMMARY:

A.   Considering the commitment offense, lack of prior criminal record and positive prison adjustment, this writer believes the prisoner would pose an unpredictable degree of threat to the public at this time, if released from prison. This writer acknowledges the inmate's positive program while in a controlled setting such as state prison, but also notes that during the commission of the crime, Rush fired

RUSH, ROBERT          D-73321          CTF-Soledad          JUL/2002

repeatedly at the victim until his weapon was empty. The manner in which the crime was covered up, the body buried and personal belongings taken, raise doubts about subject's suitability for parole at this time. Rush has completed his education while incarcerated (Bachelor's Degree) and is currently working on a Master's Degree through San Jose State University. Rush would benefit from continuing to attend therapy, to accept the responsibility of the commitment offense and gain insight into impulse and anger control, as indicated in the previous documents.

B.    Prior to release, the prisoner can benefit from;

　　1.    Continue to maintain a disciplinary free record.

　　2.    Continue to participate in available therapy, which will enhance insight; acceptance and responsibility for instant offense.

C.    This Board Report is based upon a one-hour interview and a thorough review of the Central File. Rush reviewed his Central File on 5/1/02 in preparation for his upcoming Board Hearing.

_L. R. Baker_
L.R. Baker
Correctional Counselor I


_S. Hill_
S. Hill
Correctional Counselor II


_L. Schwimmer_ FC(A)
L. Schwimmer
Facility Captain


_D.S. Levorse_ C&PR
D.S. Levorse
Classification and Parole Representative


RUSH, ROBERT            D-73321                CTF-Soledad            AUG/2002

BOARD OF PRISON TERMS                                                    STATE OF CALIFORNIA

# LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

☐   DOCUMENTATION HEARING

☒   PAROLE CONSIDERATION HEARING

☐   PROGRESS HEARING

INSTRUCTIONS
TO CDC STAFF:  DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
TO BPT STAFF:  FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY
ESTABLISHED, ie., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | |
|---|---|---|---|
| YEAR | BPT | PBR | REASONS |
| 12/99 to 12/00 | | | **PLACEMENT**: Remained at the Correctional Training Facility during this period. <br> **CUSTODY**:  Retained Medium A custody during this period. <br> **CLASSIFICATION SCORE**:  Rush appeared before UCC on 1/19/00 for an Annual Review, classification score remained at 0 due to positive programming. <br> **ACADEMIC**:  None noted during this period. <br> **WORK**:  Rush was assigned to a clerical position from 12/1/99 to 3/17/00, Teacher's Aide 3/17/00 and 6/10/00 with exceptional ratings. <br> **VOCATION**:  None noted during this period. <br> **GROUP ACTIVITIES**:  Rush participated in the Alcoholics Anonymous and Narcotics Anonymous as documented on CDC 128B dated 12/15/00.  Also, Rush successfully completed a course in cause, prevention, treatment of HIV/AIDS as documented on CDC 128B dated 10/24/00. <br> **PSYCH TREATMENT**:  None noted during this period. <br> **PRISON BEHAVIOR**:  Remains disciplinary free. |

*L.R. Baker*

JSH, ROBERT              D-73321              CTF-SOLEDAD

DATE  7-1- 02

JUL/2002

004 (REV 7/86)

BOARD OF PRISON TERMS

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

STATE OF CALIFORNIA

| POSTCONVICTION CREDIT | | | |
|---|---|---|---|
| YEAR | BPT | PBR | REASONS |
| 12/00 to 12/01 | | | **PLACEMENT:** Remained at CTF. |

**PLACEMENT:** Remained at CTF.
**CUSTODY:** Retained Medium A.
**CLASSIFICATION SCORE:** Rush appeared before UCC on 1/24/01 for an Annual Review. Classification score remained at zero due to positive programming.
**ACADEMIC:** None noted during this period.
**WORK:** Rush was assigned as ABE-I Clerk from 6/10/00 to 12/11/01 with exceptional ratings.
**VOCATION:** None noted during this period.
**GROUP ACTIVITIES:** Rush participated in the IMPACT workshop as documented on CDC 128B dated 12/26/01, additionally Rush participated in the Alcoholics Anonymous and Narcotics Anonymous as documented on CDC 128B dated 4/14/01, 7/26/01, and 11/15/01.
**PSYCH TREATMENT:** Rush completed a self-help program given by M. Carswell, Staff Psychologist, documented on CDC 128C dated 8/3/01.
**PRISON BEHAVIOR:** Remains disciplinary free.

RDER:

☐ BPT date advanced by _____ months.
☐ PBR date advanced by _____ months.

☐ BPT date affirmed without change.
☐ PBR date affirmed without change.

ECIAL CONDITIONS OF PAROLE:

☐ Previously imposed conditions affirmed.
☐ Add or modify

☐ Schedule for Progress Hearing on appropriate institutional calendar

JSH, ROBERT          D-73321                    CTF-SOLEDAD                    JUL/2002

D´ ˙     ˙N TERMS

STATE OF CALIFORNIA

004 (REV 7/86)

0120

BOARD OF PRISON TERMS

STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | |
|---|---|---|---|
| YEAR | BPT | PBR | REASONS |
| 12/01 to 5/02 | | | **PLACEMENT:** Remains at CTF. **CUSTODY:** Retained Medium A. **CLASSIFICATION SCORE:** Rush appeared before UCC on 12/27/01 for an Annual Review. Classification remained at 0 due to positive programming. **ACADEMIC:** None noted during this period. **WORK:** Rush is currently assigned as a Teacher's Aide position in Education effective 12/11/01 to present with exceptional ratings. **VOCATION:** None noted during this period. **GROUP ACTIVITIES:** Rush participated in the Alcoholics Anonymous and Narcotics Anonymous program as documented on CDC 128B dated 2/15/02 and 4/10/01. Rush also completed a course in prevention and cause of Hepatitis as documented on CDC 128B dated 4/26/02. **PSYCH TREATMENT:** None noted during this period. **PRISON BEHAVIOR:** Remains disciplinary free. |

RDER:

| | | |
|---|---|---|
| ☐ | BPT date advanced by | months. |
| ☐ | PBR date advanced by | months. |

☐ BPT date affirmed without change.
☐ PBR date affirmed without change.

ECIAL CONDITIONS OF PAROLE:

☐ Previously imposed conditions affirmed.
☐ Add or modify

☐ Schedule for Progress Hearing on appropriate institutional calendar

JSH, ROBERT          D-73321          CTF-SOLEDAD          JUL/2002

D    N TERMS

STATE OF CALIFORNIA

0121

# LIFE PRISONER EVALUATION REPORT
## SUBSEQUENT PAROLE CONSIDERATION HEARING
### JULY 2002 CALENDAR
### ADDENDUM


RUSH, R.                                              D73321

Summary to read:

On 7/12/02, Inmate Rush received a copy of his Board Report for his scheduled Board of Prison Terms Hearing calendered for July 2002. Rush indicated he disagreed with his Board Report in the following area: Rush has completed his education while incarcerated (Bachelor's Degree) and is currently working on a Master's Degree through San Jose State University.


Amendment to Summary:

Upon further review of the Central File, a Certificate of Support dated 5/24/97 documented that Rush received his Master's of Arts Degree in Humanities dated 5/24/97 from California State University Dominguez Hills.


RUSH, R.            D73321            CTF            JUL/2002

L. R. Baker
Correctional Counselor I
CTF-Central/Unit-I


C. Plymesser
Correctional Counselor II
CTF-Central/Unit-I


L. Trexler
Facility Captain (A)
CTF-Central/Unit-I


D. Levorse
Classification & Parole Representative
CTF


R. RUSH,                    D-73321                    CTF                    07/2002

BOARD OF PRISON TERMS                                                         STATE OF CALIFORNIA
LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

☐ DOCUMENTATION HEARING

F PAROLE CONSIDERATION HEARING                    **ADDENDUM**

☐ PROGRESS HEARING

INSTRUCTIONS
   TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
   TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY
       ESTABLISHED, ie., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | |
|---|---|---|---|
| YEAR | BPT | PBR | REASONS |
| 5/02 to 11/02 | | | **PLACEMENT:** Remained at the Correctional Training Facility during this period. **CUSTODY:** Retained Medium-A custody during this period. **CLASSIFICATION SCORE:** Remained at 0. **ACADEMIC:** None noted during this period. **WORK:** Rush is currently assigned as a Teachers Aide in Pre-release program in the Education Department with exceptional ratings. **VOCATION:** None noted during this period. **GROUP ACTIVITIES:** Rush participated in the Alcoholics Anonymous Program as documented on CDC 128B dated 7/17/02. **PSYCH TREATMENT:** None noted during this period. **PRISON BEHAVIOR:** Remains disciplinary free for this period. **OTHER:** This Addendum is based upon 0 hours of interview and a thorough review of the Central File. Rush refused to review his Central File on 11/27/02 in preparation for his upcoming Board hearing. |

CORRECTIONAL COUNSELOR'S SIGNATURE

*L.R. Baku*                                    DATE  *12-11- 02*

RUSH, ROBERT          D73321          CTF          JUL/2002

1004 (REV 7/86)                                                                      0124

LIFE PRISONER: POSTCONVICTION PROGRESS REPORT    **ADDENDUM**
JUL/2002

_L.R. Baker_                12- 11 - 02
L.R. Baker                     Date
Correctional Counselor I


_R. Leach_                  12/11/02
R. Leach                      Date
Correctional Counselor II


R. Lopez                    12-11-02
Facility Captain(A)            Date


Levorse, C&PR  12-11-02
S. Levorse                     Date
Classification and Parole Representative


USH, ROBERT        D73321                    CTF            JUL/2002
1004 (REV 7/86)                    2

# LIFE PRISONER EVALUATION REPORT
## SUBSEQUENT PAROLE CONSIDERATION HEARING
### JULY 2002 CALENDAR
### ADDENDUM

**RUSH, ROBERT**                                                    D73321

The following is a change to the Summary section of the Board Report. The Board Report reads as follows:

A.   Considering the commitment offense, lack of prior criminal record and positive prison adjustment, this writer believes the prisoner would pose an unpredictable degree of threat to the public at this time, if released from prison. This writer acknowledges the inmate's positive program while in a controlled setting such as state prison, but also notes that during the commission of the crime, Rush fired repeatedly at the victim until his weapon was empty. The manner in which the crime was covered up, the body buried and personal belongings taken, raise doubts about subject's suitability for parole at this time. Rush has completed his education while incarcerated (Bachelor's Degree) and is currently working on a Master's Degree through San Jose State University. Rush would benefit from continuing to attend therapy, to accept the responsibility of the commitment offense and gain insight into impulse and anger control, as indicated in the previous documents.

The Board Report should read:

A.   Considering the commitment offense, lack of prior criminal record and positive prison adjustment, this writer believes the prisoner would pose an unpredictable degree of threat to the public at this time, if released from prison. This writer acknowledges the inmate's positive program while in a controlled setting such as state prison, but also notes that during the commission of the crime, Rush fired repeatedly at the victim until his weapon was empty. The manner in which the crime was covered up, the body buried and personal belongings taken, raise doubts about subject's readiness for parole at this time. Rush has completed his education while incarcerated (Bachelor's Degree) and is currently working on a Master's Degree through San Jose State University. Rush would benefit from participating in group or one-on-one therapy, to accept the responsibility of the commitment offense and gain insight into impulse and anger control, as indicated in the previous documents.

RUSH, ROBERT            D73321                    CTF                    JUL/2002

_L.R. Baker_     12/10/02
L.R. Baker                    Date
Correctional Counselor I


_R. Leach_     12/12/02
R. Leach                    Date
Correctional Counselor II


_R. Lopez_     12-11-02
R. Lopez                    Date
Facility Captain(A)


_Levorse, C&PR_     12-17-02
).S. Levorse                    Date
Classification and Parole Representative


USH, ROBERT          D73321          CTF          JUL/2002

# LIFE PRISONER EVALUATION REPORT
## SUBSEQUENT PAROLE CONSIDERATION HEARING
### JULY 2002 CALENDAR
### ADDENDUM

**RUSH, R.**                                                    D73321

<u>Summary</u> to read:

On 7/12/02, Inmate Rush received a copy of his Board Report for his scheduled Board of Prison Terms Hearing calendered for July 2002. Rush indicated he disagreed with his Board Report in the following area: Rush has completed his education while incarcerated (Bachelor's Degree) and is currently working on a Master's Degree through San Jose State University.

Amendment to <u>Summary:</u>

Upon further review of the Central File, a <u>Certificate of Support dated 5/24/97</u> documented that Rush received his <u>Master's of Arts Degree in Humanities dated 5/24/97</u> from California State University Dominguez Hills.

L. R. Baker
Correctional Counselor I
CTF-Central/Unit-I

C. Plymesser
Correctional Counselor II
CTF-Central/Unit-I

L. Trexler
Facility Captain (A)
CTF-Central/Unit-I

D. Levorse
Classification & Parole Representative
CTF

R. RUSH,                     D-73321                     CTF                     07/2002

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING
JULY 2002 CALENDAR

RUSH, ROBERT

D-73321

I.    **COMMITMENT FACTORS:**

A.    **Life Crime:** Count 1, Murder 2nd, with Use of a Firearm, PC 187/12022.5, Case Number SBD CR 44594; Sentence: 15 years to Life. MEPD: 11/30/97. Victim: John Heinz, age unknown.

1.    **Summary of Crime:** At some time before July 1, 1986, at their residence, John Heinz (victim) and his roommate, Robert Rush (subject), had an argument and physical altercation over household responsibilities. Robert Rush shot John Heinz numerous times with a .22 caliber rifle. Following the murder, another roommate, Marcus Hoy (co-defendant), arrived at the residence. Rush and Hoy cleaned the house of incriminating evidence and placed the victim's body in plastic bags and a sleeping bag. Rush and Hoy drove the body to the Dover Canyon area where they buried the victim. They buried the victim's wallet identification in a separate location. Rush and Hoy later took and left the victim's truck in Riverside. Rush and Hoy then used the victim's money to go drinking. Source: Probation Officer's Report, pages 1 through 3.

2.    **Prisoner's Version:** Rush states that he and the victim were roommates along with several other college students. On the day of the incident, Rush and Heinz got into an argument over household issues. Heinz then physically attacked Rush by pushing him to the ground and beating, kicking and verbally mocking him. Rush felt scared and helpless and went looking for a weapon to protect himself. Rush grabbed a .22 caliber rifle from underneath his bed. Rush then stepped into the hallway on the way to the bathroom to clean up a bloody nose. Rush was carrying the rifle and cocked it and told Heinz "to back off." Heinz then lunged towards him; Rush flinched, and the gun went off. Rush states he was shocked at what had occurred and did not know what to do. Just then his roommate Hoy came and he told him what had happened and asked him what to do. Hoy suggested that they hide the body so that no one would ever know what happened. Rush states he was frightened and ashamed of what he had done, so he went along with the plan to hide the body. They buried the body, and Rush did his best to go on as if nothing had happened. Rush

states that he did tell his other roommate, Galloway, what had happened. Several weeks after that, he was arrested after Galloway turned him in. Rush does not blame Galloway but wishes that he had came forward immediately after the incident.

B. **Aggravating/Mitigating Circumstances:**

1. **Aggravating Factors:**

   a. During the commission of the crime, Rush had a clear opportunity to cease, but instead continued.

   b. Rush had a special relationship of trust with the victim, as they were roommates and friends.

2. **Mitigating Factors:** Rush has no prior history of criminal behavior.

## II. PRECONVICTION FACTORS:

A. **Juvenile Record:** Rush has no known juvenile record; CLETS dated 2/18/88.

B. **Adult Convictions:** Rush has no known criminal record until current offense. No prior county, probation or CDC history; POR, page 1.

C. **Personal Factors:**

1. Rush graduated from Rim of the World High School in 1983. He was also attending California State University San Bernardino at the time of the offense. Noted also is a certificate of completion of the Vocational Drafting and Architectural course.

2. Rush had worked for Sickles Painting as a painter until the time of his arrest. Prior employment consisted of working at the Wiley Woods Conference Center as a maintenance employee.

## III. POSTCONVICTION FACTORS:

A. **Special Accommodations/Disability:** None.

B. **Custody History:** Rush was originally received in California Department of Corrections on 12/17/87. He was processed through California Correctional Institution Reception Center (CCI-RC) and then transferred to the Correctional

RUSH, ROBERT    D-73321    CTF-Soledad    JUL/2002

0131

Training Facility (CTF). His initial review established his custody at Close B and he was released to the general population. Rush has remained housed at CTF during most of his incarceration.

C.   **Work, Education, Vocation, Therapy & Self-Help Activities:** Rush participated and has been active and productive in the Entrepreneur Development Class (E.D.C.) at the Correctional Training Facility. Additionally, Rush successfully completed a course of instruction in HIV/AIDS and Infectious Disease. Rush also completed a fourteen (14) week IMPACT workshop. IMPACT Program is a self-help group designed to provide an opportunity for education and awareness at to profound negative impact of crimes on victims. Rush completed the requirements for self-help as documented by M. Carswell, PH.D, Staff Psychologist. The exercise is designed to illustrate the inmates understanding of the concepts and test his motivational skills for positive change. Rush continues to participate in Twelve (12) Step Program Alcoholics Anonymous and Narcotics Anonymous. During the past two years Rush has been assigned as a Teacher's Aide in Education and Pre-Release Clerk with exceptional ratings.

D.   **Disciplinary History:** None.

## IV.   **FUTURE PLANS:**

A.   **Residence:** Rush plans to reside with his parents Richard and Ann Rush, P.O. Box 1314, Blue Jay, California 92317. Rush indicated that his parents would support him morally and financially until he will be able to establish himself financially.

B.   **Employment:** Rush plans to seek employment in the drafting field as he already has a certificate of completion in Vocational Architectural Drafting. In an interview for this report an updated employment offer has not been received.

## V.   **USINS STATUS:** N/A

## VI.   **SUMMARY:**

A.   Considering the commitment offense, lack of prior criminal record and positive prison adjustment, this writer believes the prisoner would pose an unpredictable degree of threat to the public at this time, if released from prison. This writer acknowledges the inmate's positive program while in a controlled setting such as state prison, but also notes that during the commission of the crime, Rush fired

RUSH, ROBERT              D-73321              CTF-Soledad              JUL/2002

repeatedly at the victim until his weapon was empty. The manner in which the crime was covered up, the body buried and personal belongings taken, raise doubts about subject's suitability for parole at this time. Rush has completed his education while incarcerated (Bachelor's Degree) and is currently working on a Master's Degree through San Jose State University. Rush would benefit from continuing to attend therapy, to accept the responsibility of the commitment offense and gain insight into impulse and anger control, as indicated in the previous documents.

**B.**    Prior to release, the prisoner can benefit from;

    **1.**    Continue to maintain a disciplinary free record.

    **2.**    Continue to participate in available therapy, which will enhance insight, acceptance and responsibility for instant offense.

**C.**    This Board Report is based upon a one-hour interview and a thorough review of the Central File. Rush reviewed his Central File on 5/1/02 in preparation for his upcoming Board Hearing.

RUSH, ROBERT          D-73321          CTF-Soledad          JUL/2002

_L. R. Baker_

L.R. Baker
Correctional Counselor I


_S. Hill_

S. Hill
Correctional Counselor II


_L. Schwimmer_ FC(A)

L. Schwimmer
Facility Captain


_D.S. Levorse_ C&PR

D.S. Levorse
Classification and Parole Representative

LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

☐ DOCUMENTATION HEARING

☑ PAROLE CONSIDERATION HEARING

☐ PROGRESS HEARING

INSTRUCTIONS
    TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
    TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY
        ESTABLISHED, ie., 0-2  MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | |
|---|---|---|---|
| YEAR | BPT | PBR | REASONS |
| 12/99 to 12/00 | | | **PLACEMENT**: Remained at the Correctional Training Facility during this period.<br>**CUSTODY**:  Retained Medium A custody during this period.<br>**CLASSIFICATION SCORE**:  Rush appeared before UCC on 1/19/00 for an Annual Review, classification score remained at 0 due to positive programming.<br>**ACADEMIC**:  None noted during this period.<br>**WORK**:  Rush was assigned to a clerical position from 12/1/99 to 3/17/00, Teacher's Aide 3/17/00 and 6/10/00 with exceptional ratings.<br>**VOCATION**: None noted during this period.<br>**GROUP ACTIVITIES**:  Rush participated in the Alcoholics Anonymous and Narcotics Anonymous as documented on CDC 128B dated 12/15/00.  Also, Rush successfully completed a course in cause, prevention, treatment of HIV/AIDS as documented on CDC 128B dated 10/24/00.<br>**PSYCH TREATMENT**:  None noted during this period.<br>**PRISON BEHAVIOR**:  Remains disciplinary free. |

*L.R. Baker*

RUSH, ROBERT      D-73321      CTF-SOLEDAD

DATE
7-1- 02      JUL/2002

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | |
| YEAR | BPT | PBR | REASONS |
|---|---|---|---|
| 12/01 to 5/02 | | | **PLACEMENT**: Remains at CTF.<br>**CUSTODY**: Retained Medium A.<br>**CLASSIFICATION SCORE**: Rush appeared before UCC on 12/27/01 for an Annual Review. Classification remained at 0 due to positive programming.<br>**ACADEMIC**: None noted during this period.<br>**WORK**: Rush is currently assigned as a Teacher's Aide position in Education effective 12/11/01 to present with exceptional ratings.<br>**VOCATION**: None noted during this period.<br>**GROUP ACTIVITIES**: Rush participated in the Alcoholics Anonymous and Narcotics Anonymous program as documented on CDC 128B dated 2/15/02 and 4/10/01. Rush also completed a course in prevention and cause of Hepatitis as documented on CDC 128B dated 4/26/02.<br>**PSYCH TREATMENT**: None noted during this period.<br>**PRISON BEHAVIOR**: Remains disciplinary free. |

RDER:

☐ BPT date advanced by _____ months.    ☐ BPT date affirmed without change.
☐ PBR date advanced by _____ months.    ☐ PBR date affirmed without change.

PECIAL CONDITIONS OF PAROLE:

☐ Previously imposed conditions affirmed.
☐ Add or modify

☐ Schedule for Progress Hearing on appropriate institutional calendar

USH, ROBERT          D-73321                    CTF-SOLEDAD              JUL/2002

BOARD OF PRISON TERMS                                                                          STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | |
|---|---|---|---|
| YEAR | BPT | PBR | REASONS |
| 12/00 to 12/01 | | | **PLACEMENT:** Remained at CTF.<br>**CUSTODY:** Retained Medium A.<br>**CLASSIFICATION SCORE:** Rush appeared before UCC on 1/24/01 for an Annual Review. Classification score remained at zero due to positive programming.<br>**ACADEMIC:** None noted during this period.<br>**WORK:** Rush was assigned as ABE-I Clerk from 6/10/00 to 12/11/01 with exceptional ratings.<br>**VOCATION:** None noted during this period.<br>**GROUP ACTIVITIES:** Rush participated in the IMPACT workshop as documented on CDC 128B dated 12/26/01, additionally Rush participated in the Alcoholics Anonymous and Narcotics Anonymous as documented on CDC 128B dated 4/14/01, 7/26/01, and 11/15/01.<br>**PSYCH TREATMENT:** Rush completed a self-help program given by M. Carswell, Staff Psychologist, documented on CDC 128C dated 8/3/01.<br>**PRISON BEHAVIOR:** Remains disciplinary free. |

ORDER:
- ☐ BPT date advanced by _____ months.
- ☐ PBR date advanced by _____ months.
- ☐ BPT date affirmed without change.
- ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
- ☐ Previously imposed conditions affirmed.
- ☐ Add or modify

☐ Schedule for Progress Hearing on appropriate institutional calendar

RUSH, ROBERT              D-73321              CTF-SOLEDAD              JUL/2002

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING
DECEMBER, 1999 CALENDAR

1

JSH, ROBERT                                                D-73321

I.  **COMMITMENT FACTORS**:

A.  **LIFE CRIME**:  All relevant documents from previous hearing(s) including transcripts have been considered and that information appears valid, and the writer has no further information to add.

1.  **Summary of Crime**:  Remains the same as stated in the previous hearing(s).

2.  **Prisoner's Version**:  Remains the same as stated in the previous hearing(s).

B.  **AGGRAVATING/MITIGATING CIRCUMSTANCES**

1.  **Aggravating Factors**:  Remains the same as stated in the previous hearing(s), in addition the inmate went to great length to hide the body or avoid detection.

2.  **Mitigating Factors**:  Remains the same as stated in the previous hearing(s).

**PRECONVICTION FACTORS**

A.  **Juvenile Record**:  Documents from the previous hearing(s) have been considered and that information remains valid.

B.  **Adult Convictions**:  Remains the same as stated in the previous hearing(s).

C.  **Personal Factors**:  Remains the same as stated in the previous hearing(s).

III.  **POSTCONVICTION FACTORS**

A.  **Custody History**:  Documents from previous hearing(s) have been considered and that information remains valid.  Refer to Postconviction Progress Report.

B.  **Work, Education, Vocation, Therapy & Self-Help Activities**:  Remains the same as stated in the previous hearing(s).  Please refer to the Postconviction Progress Report attached.

C.  **Disciplinary History**:  Inmate Rush remained disciplinary-free throughout his incarceration except for one CDC 128-A dated November 10, 1988 for being out of bounds.

## FUTURE PLANS

A.   **Residence:** Inmate Rush plans to reside with his parents Richard and Ann Rush at, P.O. Box 1314, Blue Jay, California 92317. Inmate Rush indicated that his parents will support him morally and financially until he will be able to establish himself financially.

B.   **Employment:** Inmate Rush plans to seek employment in the drafting field as he already had a certificate of completion in Vocational Architectural Drafting. Noted in the Miscellaneous Section of the Central File is a job offer for him from Al Mellinger Construction.

V.   **USINS STATUS:** None.

VI.   **SUMMARY**

A.   Considering the commitment offense, prior records and prison adjustment, the writer believes the prisoner would probably pose a moderate degree of threat to the public at this time if released from prison. This recommendation is based upon Rush's absence of prior criminal history. His institutional adjustment has improved in that he as remained disciplinary-free throughout his incarceration. He also developed a marketable skill while incarcerated, for secured employment in the future.

B.   Prior to release, the prisoner could benefit from maintaining a disciplinary-free record, participating in a work assignment, completing a trade training and participating in self-help therapy.

C.   This Board Report is based upon a one-hour of interview, two hours of incidental contact in the housing unit and one-hour of Central File review. Inmate Rush reviewed his Central File on September 9, 1999 in preparation for his upcoming Board of Prison Terms Hearing.

_____  _Lozada_  _____
J. Lozada
Correctional Counselor I


_____  _B.H. Barragan_  _____
B.H. Barragan
Correctional Counselor II


_____  _L. Clancy_  _____
J.L. Clancy
Facility Captain


_____  _K. Tyler_  _____
K. Tyler
Classification and Parole Representative


USH, ROBERT          D-73321                    CTF-SOLEDAD     12/99

BOARD OF PRISON TERMS
# LIFE PRISONER: POSTCONVICTION PROGRESS REPORT
STATE OF CALIFORNIA

☐  DOCUMENTATION HEARING

PAROLE CONSIDERATION HEARING

☐  PROGRESS HEARING

INSTRUCTIONS
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY
ESTABLISHED, ie., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 12/95 to 12/96 | | | **PLACEMENT:** Inmate Rush remains at the Correctional Training Facility (CTF)- Central and is housed with the general population. **CUSTODY:** His custody remains at Medium B. **CLASSIFICATION SCORE:** His classification score remains at 0. **ACADEMIC:** Inmate Rush is currently enrolled in Humanities External Degree program at California State University Dominguez Hills, a correspondence school per 128-B chrono dated 7/18/96. **WORK:** He continued his assignment in Vocational Drafting. **VOCATION:** Rush is assigned in Vocational Drafting, with satisfactory grades (A) per 128-E's dated 6/30/95 and 10/1/96. He received a certificate of completion in Vocational Drafting-Architectural dated 1/2/96. **GROUP ACTIVITIES:** He is presently an active member of Alcoholics Anonymous. He has been a member since November, 1993 per 128-B dated 10/29/96. **PSYCH TREATMENT:** None noted during this period of review. **PRISON BEHAVIOR:** Inmate Rush was disciplinary-free during this period of review. |

CORRECTIONAL COUNSELOR'S SIGNATURE

DATE
9-10-99

Rush, Robert            D-73321            CTF            12/99

BOARD OF PRISON TERMS

STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER - POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | |
|---|---|---|---|
| YEAR | BPT | PBR | REASONS |
| 12/96 to 12/97 | | | **PLACEMENT:** Inmate Rush remains at CTF-Central and is housed with the general population. **CUSTODY:** His custody remains at Medium A. **CLASSIFICATION SCORE:** His classification score remains at 0. **ACADEMIC:** Certificate dated 5/24/97 indicates that Inmate Rush had completed his Master of Arts degree in Humanities from California State University Dominguez Hills, a correspondence school. **WORK:** Inmate Rush continued his assignment in Vocational Drafting. **VOCATION:** He is presently assigned in Vocational Drafting. He received a certificate of completion in Vocational Drafting-Mechanical dated 4/2/97. **GROUP ACTIVITIES:** Rush is a current member of Alcoholics Anonymous. He is also a member of the Twelve-Step program per 128-B dated 8/29/97. **PSYCH TREATMENT:** None noted during this period of review. **PRISON BEHAVIOR:** Rush is disciplinary-free during this period of review. |

ORDER:

- ☐ BPT date advanced by _____ months.
- ☐ PBR date advanced by _____ months.
- ☐ BPT date affirmed without change.
- ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:

- ☐ Previously imposed conditions affirmed.
- ☐ Add or modify

- ☐ Schedule for Progress Hearing on appropriate institutional calendar

Rush, Robert              D-73321                        CTF                    12/99

BPT NTERMS

1004 (REV 7/86)

STATE OF CALIFORNIA

0142

BOARD OF PRISON TERMS

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| PLACEMENT: Rush remains at CTF-Central and is housed with the general population. |
| CUSTODY: His custody remains at Medium A. |

**POSTCONVICTION CREDIT**

| YEAR | BPT | PBR | REASONS |
|---|---|---|---|
| 12/97 to 12/98 | | | **PLACEMENT:** Rush remains at CTF-Central and is housed with the general population. <br> **CUSTODY:** His custody remains at Medium A. <br> **CLASSIFICATION SCORE:** His classification score remains at 0. <br> **ACADEMIC:** None noted during this period of review. <br> **WORK:** He continued his assignment in Vocational Drafting. <br> **VOCATION:** Rush is assigned in Vocational Drafting with satisfactory grades per 128-E dated 10/3/97. <br> **GROUP ACTIVITIES:** He is a current member of the Twelve-Step program per 128-B dated 2/24/98. He received a laudatory chrono dated 7/28/98 for his participation in the summer graduation of 1998. <br> **PSYCH TREATMENT:** None noted during this period of review. <br> **PRISON BEHAVIOR:** He is disciplinary-free during this period of review. |

ORDER:

☐ BPT date advanced by _____ months.    ☐ BPT date affirmed without change.
☐ PBR date advanced by _____ months.    ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:

☐ Previously imposed conditions affirmed.
☐ Add or modify

☐ Schedule for Progress Hearing on appropriate institutional calendar

| Rush, Robert | D-73321 | CTF | 12/99 |

___ ON TERMS                                                    STATE OF CALIFORNIA

0143

BOARD OF PRISON TERMS

CONTINUATION SHEET: LIFE PRISONER - POSTCONVICTION PROGRESS REPORT

STATE OF CALIFORNIA

## POSTCONVICTION CREDIT

| YEAR | BPT | PBR | REASONS |
|---|---|---|---|
| 12/98 to 9/99 | | | **PLACEMENT:** Rush remains at CTF-Central and is housed with the general population.<br>**CUSTODY:** His custody remains at Medium A.<br>**CLASSIFICATION SCORE:** His classification score remains at 0.<br>**ACADEMIC:** None noted during this period of review.<br>**WORK:** Rush is presently assigned in Vocational Print Shop.<br>**VOCATION:** Rush continued his assignment in Vocational Print Shop.<br>**GROUP ACTIVITIES:** Rush is a current member of the Twelve-Step program. He has been a member since November, 1993. He received a certificate of completion in Entrepreneur Development class dated 7/27/99 sponsored by the Friends Outside.<br>**PSYCH TREATMENT:** None noted during this period of review<br>**PRISON BEHAVIOR:** He is disciplinary-free during this period. |

ORDER:

- ☐ BPT date advanced by _____ months.
- ☐ PBR date advanced by _____ months.
- ☐ BPT date affirmed without change.
- ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:

- ☐ Previously imposed conditions affirmed.
- ☐ Add or modify

- ☐ Schedule for Progress Hearing on appropriate institutional calendar

| | | | |
|---|---|---|---|
| Rush, Robert | D-73321 | CTF | 12/99 |

ON TERMS

STATE OF CALIFORNIA

0144