C.

**NAME:** Rush, R.                **NUMBER:** D73371                **CELL:** B327

I/M **RUSH** has successfully completed Dr. Thomas Gordon's Family Effectiveness Training/Harmony in the Home self-help program. This program consists of six two-hour sessions covering the following topics: A Credo for Your Relationships; Paricipative Rule-Setting; Solving Problems You Own; The Pitfalls of Punishments and Rewards; Helping Others Find Solutions to Their Own Problems; Resolving Conflicts Peacefully; Dealing with Values, Collisions, and Courage for Learning the Skills – Rewards for Using Them. This program is recognized by CTF Psychology staff as a beneficial limited instruction self-help program.

INSTITUTION/FACILITY  **CTF Central**

**Original** C-File
    **CC:** CCI
         Inmate

_R. Cauntay_
R. Cauntay
Sr. Librarian
Program Facilitator

**Date:** 2/7/2004                **Information Chrono**                CDC-128B

# Certificate Of Completion

## Presented To

## Mr. Robert D. Rush

For The Successful Completion
Of The Dr. Thomas Gordon's

Family Effectiveness Training Harmony In The Home Course.

Presented On This Day The 7th Of February 2004

R. Causey
Facilitator

0331

**NAME:** Rush, R.          **NUMBER:** D73371          **CELL:** B327

J/M **RUSH** has successfully completed Dr. Thomas Gordon's Family Effectiveness Training/Harmony in the Home self-help program.  This program consists of six two-hour sessions covering the following topics:  A Credo for Your Relationships; Paricipative Rule-Setting; Solving Problems You Own;  The Pitfalls of Punishments and Rewards; Helping Others Find Solutions to Their Own Problems; Resolving Conflicts Peacefully; Dealing with Values, Collisions, and Courage for Learning the Skills – Rewards for Using Them.  This program is recognized by CTF Psychology staff as a beneficial limited instruction self-help program.

INSTITUTION/FACILITY  **CTF Central**

**Original** C-File
    **CC:** CCI
        Inmate

_R. Cauntay_
R. Cauntay
Sr. Librarian
Program Facilitator

**Date:** 2/7/2004          **Information Chrono**          CDC-128B

0332

# Certificate Of Completion

## Presented To

### Mr. Robert D. Rush

For The Successful Completion
Of The Dr. Thomas Gordon's
Family Effectiveness Training/Harmony In The Home Course.

Presented On This Day The 7th Of February 2004

R. Cauntay
Facilitator

0333

Ar 2
BW-327U

Rush, Robert    Q-73321

NAME and NUMBER

CDC 128-B

In preparation for the Schedule Board of Prison Terms Lifer Prisoner Hearing:

☒ No accommodation is required per the Armstrong II Remedial Plan.

☐ Accommodation to effectively communicate is required per Armstrong II Remedial Plan and was accomplished by ___

☒ I received a copy of the Life Prisoner Hearing Board Report.

☐ I received a copy of the Life Prisoner Hearing Board & Psychiatric Reports

☐ I received a copy of the Life Prisoner Hearing Psychiatric Report (Clinician Only)

Inmate Signature / CDC#    Q7321

Date: 11/6/04

Institution: CTF - Soledad

Staff Signature

128-B GENERAL CHRONO

---

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128 B (4/74)

Name  RUSH, R.            CDC #  D-73321            Housing  BW-327U

Inmate Rush, R., has successfully completed a series of lectures entitle "How to become a Father, and not get Angry." Sponsored by CTF's Muslim Development Center. The series is designed to enlighten participants regarding the ever changing role of the father's in the American Society and how, despite social pressures, the fundamental responsibilities of father's have not changed. Our study also examined the father's as husbands and community leaders. The primary goal of this program is to contribute to the development of knowledgeable individuals who have within themselves the potential to become model fathers and community leaders. Inmate Rush, R., participation in the program entitles him to the documentation and a Certificate of Completion.

Iman Anta Jannah
Muslim Chaplain
Correctional Training Facility- Central

ORIG   :   C-File
cc     :   Inmate
       :   Chaplain

Date   01/05/05        Informational Chrono (Father Anger Management Course)

0334

Name  RUSH, R. _____    CDC # D-73321 _____    Housing  BW-327U _____

Inmate Rush, R., has succesfully completed a series of lectures entitle: "How to become a Father, and not get Angry."
S   sored by CTF's Muslim Development Center. The series is designed to enlighten participants regarding the ever
c.   ging role of the father's in the American Society and how, despite social pressures, the fundamental responsibilities of
father's have not changed. Our study also examined the father's as husbands and community leaders. The primary goal of
this program is to contribute to the development of knowledgeable individuals who have within themselves the potential to
become model fathers and community leaders. Inmate Rush, R., participation in the program entitles him to the
documentation and a Certificate of Completion.

Iman Anfar Jannah
Muslim Chaplain
Correctional Training Facility- Central

ORIG  :   C-File
cc    :   Inmate
      :   Chaplain

Date   01/05/05          Informational Chrono (Father Anger Management Course)

---

NAME and NUMBER      RUSH, R.                    D73321      BW-327U

Inmate RUSH, has been actively attending the **Alcoholics Anonymous** (Group "B") at CTF-Central Facility. The
meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. RUSH has been a
contributing member of this group since **11/1993**. Mr. RUSH has positively participated and shown his ability to
understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques.
Mr   JSH is to be commended for his continued participation and positive contributions to Alcoholics Anonymous
her    CTF-Central Facility.

[For: 1st Quarter 2005]

ORIG  :   CENTRAL FILE      (RUSH, D73321)        **DAVE RODRIGUEZ**
cc    :   INMATE                                   Alcoholics Anonymous Sponsor
      :   SPONSOR                                   CTF-Central Facility

DATE   4/1/2005      *LAUDATORY A.A. PARTICIPATION CHRONO*          GENERAL CHRONO

---

NAME  **Rush, R.** _____    CDC NUMBER  **D-73321**    CELL/BED  **B-327U**    CDC-128B

This is to acknowledge inmate Rush, D-73321, for his continued assistance with the CTF Video Reports Program.
This is an in-cell study program that involves the broadcast of educational videos to the Tri-facility population
complete with questionnaires and certificates for completion of specific numbers of lessons. Since June 2004,
Inmate Rush has helped to make this an effective extension of the CTF Education Department's Distance Learning
Curriculum. His voluntary efforts are greatly appreciated.

Distribution:
C   ile
V   File
Ed. File
Inmate

**B. Henares**                          **R. Adams-Barnes**
CTF-C Recreation Supervisor            CTF-C Testing Coordinator

**DATE:** June 13, 2005                                                        0335

                        **LAUDATORY CHRONO**

NAME and NUMBER    RUSH, R.                    D73321        BW-327U

Inmate RUSH, has been actively attending the **Alcoholics Anonymous** (Group "B") at CTF-Central Facility. The m͟ ͟gs are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. RUSH has been an co͟n͟͟͟o͟uting member of this group since 11/1993. Mr. RUSH has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. RUSH is to be commended for his continued participation and positive contributions to Alcoholics Anonymous here at CTF-Central Facility.

ORIG    :    CENTRAL FILE    (RUSH, D73321)    ¥ DAVE RODRIGUEZ
cc      :    INMATE                              Alcoholics Anonymous Sponsor
        :    SPONSOR                             CTF-Central Facility

DATE    July 9, 2004    *LAUDATORY A.A. PARTICIPATION CHRONO*    **GENERAL CHRONO**

---

STATE OF CALIFORNIA                                             DEPARTMENT OF CORRECTIONS
                                                               CDC-128 B (8-87)

NAME and NUMBER    RUSH, R.                    D73321        BW-327U

Inmate RUSH, has been actively attending the **Alcoholics Anonymous** (Group "B") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. RUSH has been an contributing member of this group since **11/1993**. Mr. RUSH has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. RUSH is to be commended for his continued participation and positive contributions to Alcoholics Anonymous her ͟ CTF-Central Facility.

ORIG    :    CENTRAL FILE    (RUSH, D73321)    DAVE RODRIGUEZ
cc      :    INMATE                              Alcoholics Anonymous Sponsor
        :    SPONSOR                             CTF-Central Facility

DATE    October 8, 2004    *LAUDATORY A.A. PARTICIPATION CHRONO*    **GENERAL CHRONO**

---

STATE OF CALIFORNIA                                             DEPARTMENT OF CORRECTIONS
                                                               CDC-128 B (8-87)

NAME and NUMBER    RUSH, R.                    D73321        BW-327U

Inmate RUSH, is a current member of a **TWELVE STEP PROGRAM** modeled on the principles of **ALCOHOLICS ANONYMOUS** and **NARCOTICS ANONYMOUS**, and has been actively attending the **AA/NA** (Group "B") meetings at CTF-Central Facility, held in Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. RUSH has been a contributing member of this group since 11/1993. Mr. RUSH has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. RUSH is to be commended for his continued participation and positive contributions to Alco͟ 'ics Anonymous here at CTF-Central Facility.

[For: 4th Quarter 2004]

ORIG    :    CENTRAL FILE    (RUSH, D73321)    DAVE RODRIGUEZ
cc      :    INMATE                              Alcoholics Anonymous Sponsor              0336
        :    SPONSOR                             CTF-Central Facility

**NAME and NUMBER**     **RUSH, R.**        **D73321**     **BW-327U**

Inmate RUSH, has been actively attending the **Alcoholics Anonymous** (Group "B") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. RUSH has been an co uting member of this group since 11/1993. Mr. RUSH has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. RUSH is to be commended for his continued participation and positive contributions to Alcoholics Anonymous here at CTF-Central Facility.

ORIG : CENTRAL FILE     (RUSH, D73321)
cc : INMATE
: SPONSOR

**DAVE RODRIGUEZ**
Alcoholics Anonymous Sponsor
CTF-Central Facility

DATE    April 9, 2004     *LAUDATORY A.A. PARTICIPATION CHRONO*     **GENERAL CHRONO**

---

## WORK SUPERVISOR'S REPORT

TE OF CALIFORNIA
:101 (Automated)

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| EXCEPTIONAL | 1 | A. DEMONSTRATED SKILL AND KNOWLEDGE | 2 | F. TEAMWORK AND PARTICIPATION |
| ABOVE AVERAGE | 1 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 1 | G. LEARNING ABILITY |
| SATISFACTORY | 1 | C. ATTITUDE TO SUPERVISORS AND STAFF | 2 | H. USE OF TOOLS AND EQUIPMENT |
| BELOW AVERAGE | 2 | D. INTEREST IN ASSIGNED WORK | 1 | I. QUALITY OF WORK |
| UNSATISFACTORY | 2 | E. EFFORT DISPLAYED IN ASSIGNED WORK | 2 | J. QUANTITY OF WORK |

Y STATUS   FROM: $    TO: $     FROM: JOB NO.     TO: JOB NO.

tal # Hours Assigned:     Total # Hours Worked:

| BJEC GNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | PERIOD COVERED BY REPORT |
|---|---|---|---|
| LK%C.950 | 12/22/03 | Bridging Clerk | 3/1/2004 - 6/3/2004 |

ECOMMEND FOR: ☐ REASSIGNMENT   ☒ RETAIN   ☐ PAY INCREASE   ☐ PAY DECREASE    INMATE'S INITIALS

MMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE) *Excelekt Employee, Self favter, Natural Leader.*

CODE OF SAFE PRACTICES REVIEWED
SUPV'S INITIALS    INMATE'S INITIALS

| SUPERVISOR | LENGTH OF SUPERVISION | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| r. Brombach | | Education | WHI |
| MATE'S NAME | CDC NUMBER | INSTITUTION | DATE |
| USH, R.   B-327U | D73321 | CTF | 6/3/04 |

---

| **NAME** | **Rush, R.** | **CDC NUMBER** | **D73321** | **CELL/BED** | **BW-327U** | CDC-128B |
|---|---|---|---|---|---|---|

This is to recognize inmate Rush, D73321, for his voluntary assistance with the CTF Video Reports Program. This is an in-cell study program that involves the broadcast of educational videos to the Tri-facility population complete with questionnaires and certificates for completion of specific numbers of lessons. Inmate Rush has helped to make this an effective extension of the CTF Education Department's Distance Learning Curriculum, and is a credit to his peers. He is to be commended for his efforts.

Distribution:
C-File
Video File
E le

**B. Henares**
CTF-C Recreation Supervisor

**R. Adams-Barnes**
CTF-C Testing Coordinator

**DATE:** June 24, 2004     **LAUDATORY CHRONO**     0337

**WORK SUPERVISOR'S REPORT**

STATE OF CALIFORNIA                                   DEPARTMENT OF CORRECTIONS
CDC 101 (1/92)

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| =EXCEPTIONAL | ✓ | A. DEMONSTRATED SKILL AND KNOWLEDGE | ✓ | F. TEAMWORK AND PARTICIPATION |
| =ABOVE AVERAGE | ✓ | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | ✓ | G. LEARNING ABILITY |
| =SATISACTORY | ✓ | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | ✓ | H. USE OF TOOLS AND EQUIPMENT |
| =BF  V AVERAGE | ✓ | D. INTEREST IN ASSIGNED WORK | ✓ | I. QUALITY OF WORK |
| =U    SFACTORY | ✓ | E. EFFORT DISPLAYED IN ASSIGNED WORKD | ✓ | J. QUANTITY OF WORK |

PAY STATUS: FROM: $            TO: $            FROM: JOB NO.                    TO: JOB NO.
TOTAL # Hours Assigned:                TOTAL # Hours Worked:

| INMATE ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | PERIOD COVERED BY REPORT |
|---|---|---|---|
| CLK%C.113 | 7-18-03 | PRE-RELEASE CLERK | 7-18-03 TO 10-1-03 |

INMATE'S INITIALS

RECOMMENDED FOR:   ☐ REASSIGNMENT   ☒ RETAIN   ☐ PAY INCREASE   ☐ PAY DECREASE

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE)              CODE OF SAFE PRACTICES REVIEWED
                                                                SUPV'S INITIALS:      INMATE'S INITIALS

*Excelent worker*

| SUPERVISOR | LENGTH OF SUPERVISION | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| Mr. BROMBACH | 4 mos | | WHI |
| INMATE'S NAME | CDC NUMBER | INSTITUTION | DATE |
| RUSH | D-73321 | CTF-CENTRAL | 10-1-03 |

---

**NAME:** Rush, R.              **NUMBER:** D73371              **CELL:** B327

I/M **RUSH** has successfully completed Dr. Thomas Gordon's Family Effectiveness Training/Harmony in the Home self-help program. This program consists of six two-hour sessions covering the following topics: A Credo for Your Relationships; Participative Rule-Setting; Solving Problems You Own; The Pitfalls of Punishments and Rewards; Helping Others Find Solutions to Their Own Problems; Resolving Conflicts Peacefully; Dealing with Values, Collisions, and Courage for Learning the Skills – Rewards for Using Them. This program is recognized by CTF chology staff as a beneficial limited instruction self-help program.

INSTITUTION/FACILITY  **CTF Central**

**Original** C-File
   **CC:** CCI
         Inmate

R. Cauntay
Sr. Librarian
Program Facilitator

**Date:** 2/7/2004              **Information Chrono**              CDC-128B

---

STATE OF CALIFORNIA                    **WORK SUPERVISOR'S REPORT**              DEPARTMENT OF CORRECTIONS
CDC-101 (Automated)

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| I=EXCEPTIONAL | 2 | A. DEMONSTRATED SKILL AND KNOWLEDGE | 2 | F. TEAMWORK AND PARTICIPATION |
| 2=ABOVE AVERAGE | 2 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 2 | G. LEARNING ABILITY |
| 3=SATISFACTORY | 2 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | 2 | H. USE OF TOOLS AND EQUIPMENT |
| 4=BELOW AVERAGE | 2 | D. INTEREST IN ASSIGNED WORK | 2 | I. QUALITY OF WORK |
| 5=UNSATISFACTORY | 2 | E. EFFORT DISPLAYED IN ASSIGNED WORK | 2 | J. QUANTITY OF WORK |

PAY STATUS    FROM: $       TO: $       FROM: JOB NO.              TO: JOB NO.
Total # Hours Assigned:              Total # Hours Worked:

| SUBJECT ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | PERIOD COVERED BY REPORT |
|---|---|---|---|
| CLK%C.950 | 12/22/03 | Bridging Clerk | 12/22/2003 - 3/9/2004 |

RECOMMEND FOR: ☐ REASSIGNMENT   ☒ RETAIN   ☐ PAY INCREASE   ☐ PAY DECREASE     INMATE'S INITIALS

COMM    (IF MORE SPACE REQUIRED, USE REVERSE SIDE)              CODE OF SAFE PRACTICES REVIEWED
                                                                SUPV'S INITIALS          INMATE'S INITIALS

| SUPERVISOR | LENGTH OF SUPERVISION | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| Mr. Brombach | | Education | WHI |
| INMATE'S NAME | CDC NUMBER | INSTITUTION | DATE |
| RUSH, R.        B-327U | D73321 | CTF | 3/9/04 |

0338

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128 B (4/74)

**NAME and NUMBER**    RUSH, R.                    D73321        BW-327U

Inmate **RUSH**, has been actively attending the **Alcoholics Anonymous** (Group "B") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **RUSH** has been an contributing member of this group since **11/1993**. Mr. **RUSH** has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. **RUSH** is to be commended for his continued participation and positive contributions to Alcoholics Anonymous here at CTF-Central Facility.



DAVE RODRIGUEZ
Alcoholics Anonymous Sponsor
CTF-Central Facility

ORIG  :  CENTRAL FILE
cc    :  INMATE ABRAHAM
      :  SPONSOR

**DATE**    04/23/03        *LAUDATORY A.A. PARTICIPATION CHRONO*        **GENERAL CHRONO**

DEPARTMENT OF CORRECTIONS

---

STATE OF CALIFORNIA

**NAME AND NUMBER**    Rush    D 73321    B 327        CDC 128 B

This is a laudatory chrono for inmate **Rush, D 73321, B 327.**

In the true spirit of giving, inmate Rush volunteered his time and organizational skills to provide clerical and production support for the Central Education Department's Graduation and Promotion Ceremony on April 25, 2003. Inmate Rush is one of the original organizers of the commencement exercises, and he has dedicated considerable time and energy since the first one several years ago. This is to acknowledge inmate Rush's willingness to give back, and to thank him for his contributions to the overall success of both ceremonies. The Education staff, students and participants appreciate his efforts.

cc:  C file
     Ed file
     Inmate
     Writer



R. Adams-Barnes
Testing Coordinator/Academic Counselor

NAME: Rush, R.

NUMBER: D73371    CELL: B327

I/M **RUSH** has successfully completed Dr. Thomas Gordon's Family Effectiveness Training/Harmony in the Home self-help program. This program consists of six two-hour sessions covering the following topics: A Credo for Your .tionships; Paricipative Rule-Setting; Solving Problems You Own; The Pitfalls of Punishments and Rewards; Helping Others Find Solutions to Their Own Problems; Resolving Conflicts Peacefully; Dealing with Values, Collisions, and Courage for Learning the Skills – Rewards for Using Them. This program is recognized by CTF Psychology staff as a beneficial limited instruction self-help program.

INSTITUTION/FACILITY **CTF Central**

**Original** C-File
**CC:** CCI
        Inmate

R. Cauntay
Sr. Librarian
Program Facilitator

**Date:** 2/7/2004                 **Information Chrono**                 CDC-128B

0340

# Certificate Of Completion

### Presented To

## Mr. Robert D. Rush

For The Successful Completion
Of The Dr. Thomas Gordon's
Family Effectiveness Training/Harmony In The Home Course.

Presented On This Day The 7th Of February 2004

R. Causley

R. Causley
Facilitator

0341

NAME: Rush, R.                    NUMBER:  D73371              CELL: B327

I/M **RUSH** has successfully completed Dr. Thomas Gordon's Family Effectiveness Training/Harmony in the Home
ᶜ-help program.  This program consists of six two-hour sessions covering the following topics:  A Credo for Your
Relationships; Paricipative Rule-Setting; Solving Problems You Own;  The Pitfalls of Punishments and Rewards;
Helping Others Find Solutions to Their Own Problems; Resolving Conflicts Peacefully; Dealing with Values,
Collisions, and Courage for Learning the Skills – Rewards for Using Them.  This program is recognized by CTF
Psychology staff as a beneficial limited instruction self-help program.

INSTITUTION/FACILITY  **CTF Central**

**Original** C-File
    **CC:** CCI
        Inmate

R. Cauntay
Sr. Librarian
Program Facilitator

**Date:** 2/7/2004                    **Information Chrono**                    CDC-128B

0342

# Certificate Of Completion

## Presented To

## Mr. Robert D. Rush

For The Successful Completion
Of The Dr. Thomas Gordon's
Family Effectiveness Training/Harmony In The Home Course.

Presented On This Day The 7th Of February 2004

R. Gauntay
Facilitator

0343

ATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS
                                                                                                    CDC-128 B (8-87)

AME and NUMBER        RUSH, R.                          D73321        BW-327U

mate **RUSH,** has been actively attending the **Alcoholics Anonymous** (Group "B") at CTF-Central Facility. The
eet'   are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **RUSH** has been an
ntri  ating member of this group since 11/1993. Mr. **RUSH** has positively participated and shown his ability to
iderstand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques.
r. **RUSH** is to be commended for his continued participation and positive contributions to Alcoholics Anonymous
re at CTF-Central Facility.

UG   :   CENTRAL FILE
     :   INMATE RUSH                                    **DAVE RODRIGUEZ**
     :   SPONSOR                                        Alcoholics Anonymous Sponsor
                                                        CTF-Central Facility

ATE   07/17/02        *LAUDATORY A.A. PARTICIPATION CHRONO*            GENERAL CHRONO

AME and NUMBER        RUSH, R.        D73321                B-327U                CDC-128-B (Rev. 4/74

        Robert Rush has been a major component in the delivery of Basic Adult Education
        to male felons. His attitude, punctuality, and attention to detail have been
        exemplary to his peers. Oftentimes Mr. Rush has been the saving grace for
        classroom participation and effective lesson planning. It is great to have him
        on my team.

ist
  fi.
nmate
upr.
                                                        G  Stansbury
                                                        Academic Teacher

TE   7/10/02                (Lauditory Chrono)              GENERAL CHRONO

NAME and NUMBER        Rush        D73321                   CDC-128-B Rev. 4/74

This is a lauditory chrono for **Rush, D73321, B-327.** Inmate Rush volunteered his time and organizational skills to
rovide clerical and production support for the Central Education Department's Graduation Ceremony on April 19,
2002. This is to acknowledge inmate Rush's ability and willingness to work under pressure, and to thank him for his
ontribution to the overall success of the graduation. The Education Department staff and graduates appreciate his
fforts!

cc:   C file
      Ed file                                           R. Adams-Barnes
      Inmate                                            Academic Counselor – Central
      Supervisor
                                                                                    0344
Date:                         **Lauditory Chrono**              General Chrono

DEPARTMENT OF CORRECTIONS
**Correctional Training Facility**
**Soledad, California**

### S U P P L E M E N T A L   P A G E

**RE:**   CTF APPEAL LOG No. *CTF-C-02-1770*
Second Level Reviewer's Response

*RUSH*                    *D-73321*                    *BW-327U*

### APPEAL DECISION:

   *DENIED*

### APPEAL ISSUE:   (Case Info / Records)

### APPEAL RESPONSE:

   Mr. Rush, in your appeal you state the following:

   (1) The reference to DOM 60290.11.2 should be corrected to read 62090.11.2

   (2) The position set forth previously regarding the opinions stated by CCI L. Baker related to what is allowed to be contained in a Life Prisoner Evaluation Report regarding the degree of threat that an inmate poses to the public if released is only allowed by Psychological Evaluations and does not permit a counselor to render such an opinion. That section relates only to Non-Lifer Prisoners.

   (3) That you claim there is no provision, which authorizes a CCI to prepare a report which includes an opinion as to the readiness of an inmate to parole and the risk to the public if released from prison.

   (4) That the DOM, which governs the Life Prisoner Report, does not allow an opinion by the CCI in the "Summary Section," thus the CCI's opinion is unauthorized.

   (5) That the CCI lacks the necessary training, experience and expertise to make such types of "predictions". That her opinion regarding the benefit that you could gain from such as anger management and impulse control, if you would have participated are only opinions that should only be suggested by a Psychologist or Psychiatrist.

   (6) Ms. Baker's Board Report contradicts what Dr. Terrini's Report indicated. That CCI Baker is identifying psychological treatment needs. Those suggestions, such as issues of acceptance of responsibility and how to gain insight into impulse and anger control are Psychological treatment needs.

   (7) That therapy, group or one on one are not unavailable to Lifers and can only be conducted by Mental Health Professionals. Thus, her, Ms. Baker, CCI, opinions as to "participate in self help or therapy when it becomes available" should be deleted.

0345

Seeond Level Reviewer's Resp.
CTF-C-02-1770
Page 2

Case 3:07-cv-03990-CRB     Document 3-6     Filed 08/02/2007     Page 18 of 28

A thorough review of your Appeals package including your interview with Mr. Leach, CCII, on the First Level Review reveals the following:

(1) The DOM reference 60290.11.2 refers to Life Prisoners. DOM reference 62090.11.3 refers to Non-Life Prisoners. You are a Lifer.

(2) There is no reference in the DOM that prohibits a CCI from making an opinion regarding the risk to the public or readiness to parole to the community. The assessment is merely an opinion, which the counselor makes and is done so in reviewing the case thoroughly. This is an assessment and ultimately the Board of Prison Terms makes the recommendations for (1) suitability for parole and (2) recommendations or benefits that the inmate should complete prior to becoming suitable for parole.

(3) The Board of Prison Terms has specific outlines/formats to be utilized which allow the CCI to make an assessment or opinion as to the risk that an inmate might pose to the public if released from prison. Ultimately, the Board of Prison Terms makes the determination as to "suitability for parole." You have the right to make a rebuttal to anything you disagree with in the report.

(4) Ms. Baker, CCI is a qualified CCI and has received training in the preparation and other aspects of the Life Prisoner Report.

(5) Ms. Baker's report does not have to corroborate with Dr. Terrini's report. The Board of Prison Terms reviews both reports and collectively makes a decision as to your suitability for parole.

(6) Finally, there is Self-Help that is provided. Alcoholic's Anonymous, Narcotics Anonymous and Impact are provided for Lifers, here at CTF.

Therefore, based on the aforementioned, your appeal is being **DENIED** at the Second Level of Review. The Board of Prisoner Report prepared by CCI Baker will not be changed other than what was partially granted by CCII Leach.

Reviewed By: _____Schwimai_____ A.W.A1     _11-4-02_
              J. Solis, Associate Warden               Date

              _____                    _11/6/02_
              J. Hamlet, Warden                        Date

0346

NAME and NUMBER   RUSH, R.   D-73921

Robert Rush has been a major component in the delivery of Basic Adult Education to male felons.  His attitude, punctuality, and attention to detail have been exemplary to his peers.  Oftentimes Mr. Rush has been the saving grace for classroom participation and effective lesson planning.  It is great to have him on my team.

Dist.
C file
Inmate
Supr.

G. Stansbury
Academic Teacher

DATE  7/10/02        (Lauditory Chrono)        GENERAL CHRONO

0347

### ATTACHMENT A5
### BPT 602 APPEAL—DIRECTOR's LEVEL
### INMATE ROBERT DALTON RUSH # D-73321

The Life Prisoner Evaluation Report for the July 2002 calendar by CCI L.R. Baker was previously objected to on the grounds set forth in Attachment A2 to the previously submitted 602. In addition, said report was further objected to on the grounds set forth in Attachment A3 to the previously submitted 602 at the first level of formal review. Finally, said report was objected to on the grounds set forth in Attachment A4 to the previously submitted 602 at the second level of formal review. Due to the inadequacies of the responses at each of the informal and formal levels, the following objections are made to the report:

1. The first point raised involves the documentation submitted at the informal level and simply requests that the "reference [in the informal level 602] to DOM 60290.11.2 should be corrected to 62090.11.2" (note the reversal of the "0" and "2"), and is not a claim that a non-life provision applies to a life case (see the second level response). Please simply note that the correct section on which reliance is placed is 62090.11.2;

2. The second point raised is that DOM 62090.11.2 does not contain any provision allowing counselors to express opinions regarding an inmate's threat to the public if released. The response at the first level of formal review stated that it is permitted under 62090.11.3. However, that section only applies to evaluations for *Non-Life Prisoner[s]*. Furthermore, 62090.13.2 relates only to *psychological* evaluations, and does not serve to permit a *counselor* to render such opinions. Thus, there is no provision which authorizes a CCI to prepare a report which includes such opinions. The reference by CCI Baker at the informal level to a "summary section" of the Board report does not come from the DOM which governs those reports. The second level formal response seems to imply that such opinions are authorized since there is no provision that disallows them. If that were the case, CCI's would be allowed to give legal opinions, medical opinions, provide psychiatric diagnosis, etc., since the DOM does not specifically prohibit them from doing so. This would be an absurd result, and would effectively negate the DOM provisions that govern what may go in a report. If other matter is supposed to go into the report, it must be specified in the DOM. Thus, the opinion is unauthorized.

3. The 3rd point in the second level appeal also raised the objection that a CCI lacks the necessary training, experience and expertise to make the types of predictions that this series of 602 challenges has objected to, each of which requires psychological training. Neither the first level or second level response adequately deals with that position. Particularly, point 3 of the second level response is completely nonresponsive to this issue. Nowhere does the response assert what training, experience and expertise

Ms. Baker has to render these types of psychological opinions. The prior challenges to these opinions directly note that the report states an opinion that "Rush would benefit from continuing to attend therapy, to accept responsibility of the commitment offense and gain insight into impulse and anger control" (Report, p.4), an opinion regarding suitability for parole based on the facts of the commitment offense (Report, p.3), and an opinion on the potential of committing a future act of violence (i.e., degree of threat to the public if released, see Penal Code §3041). (Report p. 3-4). These are clearly expert psychological opinions. Absent a foundational showing of qualification to render such opinions, these opinions are improper. Merely calling them "opinions" and saying that they are "not a recommendation" (1st Level Review, p. 2, items 2 and 3) does not make them a *proper* opinion based on the necessary training, experience and expertise.

4.  Point 4 in the second level appeal noted that, because the informal response failed to address the fact that each of these opinions was objected to on the grounds that they were directly contradicted by the material in the inmate C-file, this point was addressed in the first level formal review. Specifically, it was noted that Ms. Baker's Board report and the report of psychologist Steven Terrini were directly contradictory. The response at the 1st level formal review that this is her "sole and separate opinion and does not need to corroborate with Dr. Terrini" was challenged in point 4 of the second level of review. However, the second level response is meaningless, stating that she is a "qualified CCI" and "has received training in the preparation and other aspects of the Life Prisoner Report." There needs to be a factual basis for the claims made by the CCI, and there were none here.

Ms. Baker identifies psychological treatment needs, delves into her perception of psychological issues of acceptance of responsibility and how to gain insight into impulse and anger control. Again, these are not proper matters for a correctional counselor to be addressing, and opinions need to be competent (*i.e.,* based on the necessary training, experience and expertise). Furthermore, they must be based on facts. Again, no facts are identified. While she may not need to "corroborate with Dr. Terrini" (1st Level Review, p. 2, item 4), she must defer to his opinion on issues such as this that are outside her area of expertise. The response to point 5 seems to somewhat address this issue at the second level, but on the same surface level as in the first level. The response never addresses where she gets a factual basis for such opinions or the ability to make them based on her particular training.

5.  Finally, Point 5 in the second level appeal is skirted altogether. AA and NA may exist at CTF-Soledad, but are inapplicable to Mr. Rush who has never had a drug or alcohol problem (although he has voluntarily

participated in them while at CTF due to the unavailability of other programs). Furthermore, Mr. Rush completed the IMPACT program in 2001, and therefore could not be expected to continue participating in it. The modification to the report proposed by the 1st level formal review involved changing the statement "continue to attend therapy" to read "participate in group or one on one therapy,' when it becomes available." That remains unacceptable.   Numerous memos have been issued by Doctors Terrini, Lyons, Bakeman, and others to the BPT which state that *only mental health professionals can direct the psychological treatment of inmates*. That point has been explicitly noted and approved by the Court of Appeals in the case of *In re Dannenberg* (2002) 102 Cal. App. 4th 95.  The aforesaid memos also state that no such therapy is available to general population lifers in CDC.   Thus, the recommendation is by someone (a correctional counselor) that has no ability to direct the inmate's mental health treatment, is made without a mental health professional's approval, and concerns a type of therapy that does not exist for general population lifers in CDC.   Responding that NA, AA and Impact are available misses the point entirely.   Thus, the recommendation should be deleted in its entirety, not just modified.

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| DEC 17 1987 | RCC-OIM | | | |
| 1-4-88 | Audited | LB | | |
| JAN 19 1988 | **CTF Central** | | | |
| 3-31-88 | Intake Audit | VE | MEPD | 11-30-97 |
| 9/28/90 | Pre-Board Audit, place on 12/90 Doc #1, | | DOC | 12/90 |
| | JPCH-10/97, PC Bal -458, BC-1371. | | PCH | 10/96 |
| | Life term starts 12-17-87. | MR | | |
| 9/28/90 | NOTICE REQ. PER 3058.6 PC | MR | | |
| 12-19-90 | Doc Hearing #1 Place On 12/93 Doc Cal | CS | | |
| 9-11-91 | Notice Per 3058.8 see. Comp Folder | CS | | |
| 6-22-92 | Victim's Notification required | XA | | |
| 9-30-93 | Doc Hrg #2, P/O. JPCH-10-96 | ⊙ | | |
| 12-5-96 | Pre Board Audit. | gms | | |
| 12-17-96 | Initial Hearing, parole denied | | | |
| | 3 years, p/o 12/99 Cal. Sub #1 | PM | | |
| 8-15-99 | Pre Board Audit Sub #1 | gms | | |
| 8-15-99 | ORTS Update Completed | gms | | |
| 4-11-2000 | Pre Board Audit, Sub #1 | AP | | |
| 2-8-02 | Rec'd BPT Appeal dtd 4-10-01 deny | AP | | |
| * 7-17-2000 | Sub #1, parole denied 2yrs. P/O | | | |
| | Sub #2 7/2002 | pfm | | |
| 3-13-2002 | preboard audit sub #2 7/2002 | pfm | | |
| 1-27-03 | Preboard Audit, Sub #2. | AP | | |
| 1-27-03 | Per BPT decision dtd. 11-13-02, | | | |
| | disapprove the proposed 8-19-02 | | | |
| | hearing decision, and schedule | | | |
| | a rehearing of the prisoners 2nd | | | |
| | Sub parole consideration hearing | | | |
| | on next available calendar. | AP | | |

| Number | Name | Page |
|---|---|---|
| D-73321 | RUSH, ROBERT DALTON | 0351 |

```
GA  STATUS SUMMARY  TYPE-   D     CTF-C    ** DISCREPANT **01/23/2003 21:59
-----------------------------------------------------------------------------
CDC NUMBER  |  NAME                              |ETHNIC|     BIRTHDATE
  D73321    |  RUSH,ROBERT,DALTON                | WHI  |    05/07/1965
-----------------------------------------------------------------------------
TERM STARTS |  LIFE TERM STARTS    MIN ELIGIBLE PAROLE DTE |
 12/17/1987 |   12/17/1987             11/30/1997          |
-----------------------------------------------------------------------------
                                                  | PAROLE PERIOD
SE TERM 15/00 + ENHCMNTS   2/00 = TOT TERM  17/00 TO LIFE |LIFE

RE-PRISON + POST SENTENCE CREDITS
ASE     P2900-5 P1203-3 P2900-1 CRC-CRED MH-CRED P4019  P2931 POST-SENT  TOT
-----------------------------------------------------------------------------
844594     483                                   241           22   745

C296 DNA REQUIRED AND HAS NOT BEEN COLLECTED
OTIFICATION REQUIRED PER PC3058.6
THER NOTIFICATION REQUIRED

OC. HEARING:  ---/-----    DEFENSE ATTORNEY:  PORTER, GROVER
NIT. HEARING: 10/1996    INVESTIGATING AGENCY:  SAN BERNARDINO PD


-----------------------------------------------------------------------------
RE  DT/ COUNTY/      CASE    SENTENCE DATE            CREDIT     OFFENSE
C.       OFF-CODE  DESCRIPTION                        CODE        DATE
-----------------------------------------------------------------------------
ONTROLLING PRINCIPAL & CONSECUTIVE  (INCLUDES ENHANCEMENTS/OFFENSES):

-CONTROLLING CASE --
3/17/1987  SBD   CR44594   11/24/1987
 01 P187 2ND   MURDER 2ND                                 32  07/00/1986
                (O)WPN
                P12022.5     01 USE F'ARM                  1


-----------------------------------------------------------------------------
RAN                                  RULE ............D A Y S...........
/PE   DATE   END DATE LOG NUMBER    NUMBER  ASSESS LOST REST DEAD
-----------------------------------------------------------------------------
G 12/17/1987          ******BEG BAL*******
 CURRENT PC BALANCE:   454           CURRENT BC BALANCE:   1364
-----------------------------------------------------------------------------
```

ISCREPANCY AND WARNING ERRORS                                        01-23-2003

        073321   RUSH,ROBERT,DALTON

SE=          ID=
END DATE FOR CREDIT CODE 1 IS 12/17/1987.

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

## CHRONOLOGICAL HISTORY

CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|------|------------------------|----------|-----------|--------------|
| 1-27-03 | PC 296 DNA Completed. | DP | | |
| 3-5-03 | Parole Denial 2 years P/o | | | |
| | 3/2005 Cal. Sub #3 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Number | Name | Page |
|--------|------|------|
| D-73321 | Rush | 1 |

0354

NAME and NUMBER
RUSH, ROBERT

CDC#
D73321

CDC-128-B (Rev. 4/74)

I, Inmate _____ , CDC# _____ , received the inmate copy of the Board of Prison Terms transcript dated

on MARCH 5, 2003

_____
Inmate Signature

_____
Staff Member Signature

DATE: MAY 27, 2003

GENERAL CHRONO

0355

NAME and NUMBER          CDC#                          CDC-128-B (Rev. 4/74)

RUSH, ROBERT                    D73321

I, Inmate          , CDC#        , received the inmate copy of the Board of Prison Terms  transcript dated
on  MARCH 5, 2003                    .

_____          _____
Inmate Signature                                   cc/ Staff Member Signature

DATE: MAY 27, 2003                                    **GENERAL CHRONO**