# EXHIBIT 1

| Insert name of court, branch court, if any, and mailing address | RT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO | |

| PEOPLE OF THE STATE OF CALIFORNIA | | |
|---|---|---|
| DEFENDANT: ROBERT DALTON RUSH | [XX] Present    [ ] Not Present | |
| [XX] JUDGMENT OF COMMITMENT TO:    [XX] STATE PRISON    [ ] COUNTY JAIL | CASE NUMBER: | |
| [ ] ORDER GRANTING PROBATION    [ ] AND MINUTE ORDER | [X] SCR-44594 | |

| Date of hearing: | Dept. No.: | |
|---|---|---|
| Judge: BOB N. KRUG | Clerk: Michele Williams | Reporter: Leonard D. Gunn |
| Counsel for People: David Whitney | Counsel for defendant: Grover Porter | Probation Officer: John Robinson |

1. Defendant was convicted of the commission of the following crime on (Date): . . . . . . . . . . . .

| Count | Code Section | Crime | Degree | By Jury, Court or Plea (Specify) |
|---|---|---|---|---|
| 1 | PC 187 | Murder | Second | Jury |

2. Defendant [ ] was arraigned [XX] waived arraignment for judgment.
3. The court, having read and considered the probation report and no legal cause having been shown why judgment should not be pronounced
   a. [XX] Sentences defendant to State Prison for the term prescribed by law. **Fifteen years to Life**
   b. [ ] Specifies, pursuant to Pen. C. 1202b, the minimum term of imprisonment shall be six months as to count: . . . . . . . .
   c. [ ] Sentences defendant to County Jail for the period of (Specify number of days): . . . . . . .
   d. [ ] Suspends imposition of sentence and defendant is placed on probation for the period of: . . . . .
      [ ] upon conditions set forth in attachment 3d.
4. [ ] Defendant, convicted of more than one count, shall
   a. [ ] serve the sentence as to each count as follows:
      Count      Consecutive With      Concurrent with

   b. [ ] serve the counts made consecutive in the following order:

5. Defendant shall serve this sentence with respect to any prior uncompleted sentence   a. [ ] concurrently.   b. [ ] consecutively.
   c. [ ] as set forth below or in attachment 5c.

6. Execution of sentence is
   a. [ ] stayed on the following count: . . . . . . . . . . . . pending appeal, with the stay to become permanent when the sentence is completed as to count: . . . . . . .
   b. [ ] suspended and defendant is placed on probation for the period of: . . . . . . . . . . . .
      [ ] upon conditions set forth in attachment 6b.
7. [ ] No allegation to enhance punishment was made in count: . . . .
8. [ ] It was alleged
   a. [ ] Defendant was armed with a deadly weapon at the time of the commission or attempted commission of the crime charged in count: . . . . . . . . . [ ] and allegation stricken as to count: . . . . .

(Continued on reverse side)

This form satisfies the requirements of Penal Code 1213.5 (Abstract of Judgment and Commitment). Singular includes the plural. This form is to be used in judgments other than death. A copy of probation report shall accompany this form pursuant to Penal Code 1203c and a copy of any supplementary probation report shall be transmitted to the Department of Corrections. Attachments may be used but must be incorporated by reference.

Form Approved by the Judicial Council of California Effective July 1, 1976      **JUDGMENT-COMMITMENT**      Pen C. 644, 969c, 969d, 1203, 1213.5, 3024, 12022, 12022.5.

# ABSTRACT OF JUDGMENT — COMMITMENT
## SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)

FORM DSL 290.1

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN BERNARDINO
**BRANCH** SAN BERNARDINO

COURT I.D. 36100

**PEOPLE OF THE STATE OF CALIFORNIA** versus
**DEFENDANT:** ROBERT DALTON RUSH
**AKA:**

[XX] PRESENT   [ ] NOT PRESENT

**COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT**   [ ] AMENDED ABSTRACT

CASE NUMBER:

| DATE OF HEARING (MO)(DAY)(YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 11, 24, 87 | 1 | BOB N. KRUG | Michele Williams |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| Leonard D. Gunn | David Whitney | Grover Porter | John E. Robinson |

**TYPE OF FILING:** [XX] Information  [ ] Certification  [ ] Indictment

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY:

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO DAY YEAR) | CONVICTION BY (JURY TRIAL / COURT TRIAL / PLEA) | TERM (L,M,U) | TIME IMPOSED (YEARS MONTHS) |
|---|---|---|---|---|---|---|---|---|
| I | PC | 187 | Murder 2nd Degree | 86 | 9 18 87 | X | | ** |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) | 12022(b) | 12022.3(a) | 12022.3(b) | 12022.5 | 12022.6(a) | 12022.6(b) | 12022.7 | 12022.8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I | | | | | X | X | | | | 2 | 0 |

3. OTHER ORDERS:

** See attached Indeterminate Sentencing Commitment.

4. A. NUMBER OF PRIOR PRISON TERMS:

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | | | |
| 667.5(b) | | | |
| 667.6(b) | | | |

B. NUMBER OF PRIOR FELONY CONVICTIONS:

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | | | |

5. TIME STAYED §1170.1(f) [DOUBLE BASE LIMIT]:

6. TOTAL TERM IMPOSED: → 2 | 0

7. [ ] THIS SENTENCE IS TO RUN CONCURRENT WITH ANY PRIOR UNCOMPLETED SENTENCE(S).

8. EXECUTION OF SENTENCE IMPOSED:
   A. [XX] AT INITIAL SENTENCING HEARING
   B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
   C. [ ] AFTER REVOCATION OF PROBATION
   D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC §1170(d)]

9. DATE SENTENCE PRONOUNCED: 11 24 87
   CREDIT FOR TIME SPENT IN CUSTODY: 723  TOTAL DAYS INCLUDING: 482 ACTUAL LOCAL TIME  241 LOCAL CONDUCT CREDITS
   STATE INSTITUTIONS: [ ] DMH  [ ] CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
    [ ] FORTHWITH
    [X] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
    [ ] INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
    [ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
    [ ] CALIF. MEDICAL FACILITY — VACAVILLE
    [X] CALIF. INSTITUTION FOR MEN — CHINO
    [ ] OTHER (SPECIFY):

CLERK OF SUPERIOR COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: Michele Williams    DATE: December 1, 1987

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
Effective July 1, 1984

**ABSTRACT OF JUDGMENT — COMMITMENT
SINGLE OR CONCURRENT COUNT FORM**
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1 — 1984 TEST VERSION

85 94137    Pen. C. 1213.5

**DISTRIBUTION:**  PINK—Court File    YELLOW—Dept. of Corrections    WHITE—AOC    GREEN+8715—BCS    GOLDENROD+8715—Arresting Agency