# EXHIBIT 4

**LIFE PRISONER EVALUATION REPORT**
**SUBSEQUENT PAROLE CONSIDERATION HEARING**
**MARCH 2005 CALENDAR**

RUSH, ROBERT D.                                                                                    D73321

I.  **COMMITMENT FACTORS:**

    A.    **Life Crime:** Count 1, Murder 2nd, With Use of a Firearm, PC 187/12022.5, Case Number SBD CR 44594; Sentence: 17 years to Life. MEPD: 11/30/97. Victim: John Heinz, age unknown. Weapon: .22 caliber rifle. Date received in CDC: 12/17/87.

        1.    **Summary of Crime:** All relevant documents from the previous hearing have been considered and that information appears valid.

        2.    **Prisoner's Version:** All relevant documents from the previous hearing have been considered and that information appears valid.

        3.    **Aggravating/Mitigating Circumstances:**

            a.    **Aggravating Factors:** Remains the same as indicated in the previous report and also includes the following:
- Prisoner went to great lengths to hide the body avoid detection.
- There was use of a weapon.

            b.    **Mitigating Factors:** Remains the same as stated on the previous report, and includes additionally that the crime was may have been committed during a period of trauma (ie., Rush claims he was recovering from a motorcycle accident which occurred about 5 months prior and was feeling very vulnerable at the moment of the Life offense. He claims he was depressed and confused about the whole situation.)

    B.    **Multiple Crime(s):** N/A

        1.    **Summary of Crime:** N/A

        2.    **Prisoner's Version:** N/A

II.  **PRECONVICTION FACTORS:**

RUSH, ROBERT D.           D73321                    CTF-SOLEDAD          MAR/2005

SENT TO I/M ON  12-29-04

A. **Juvenile Record:** None.

B. **Adult Convictions:** This Life crime is his only offense.

C. **Personal Factors:** Remains the same as stated in the previous reports.

III. **POSTCONVICTION FACTORS:**

A. **Special Programming/Accommodations:** None.

B. **Custody History:** Since the last report, Rush remained at the Correctional Training Facility in the general population with Medium A custody. He continued in his work assignment as the Pre-Release clerk and received exceptional ratings in all categories on his Work Supervisor's Reports. On 12/22/03 he was reassigned as the Bridging Program clerk and received above average ratings in all categories of his work reports.

C. **Therapy and Self-Help Activities:** Rush continued his participation in the Alcoholic's Anonymous program since the time of his last report. He also completed Dr. Thomas Gordon's Family Effectiveness Training/Harmony in the home self-help program. He received a laudatory chrono in addition, for his voluntary assistance with the CTF Video Reports Program. Lastly, Rush is currently participating in the Anger Management and Fatherhood Lecture Series.

D. **Disciplinary History:** Rush remained disciplinary free during this period.

E. **Other:** On 3/5/03 at Rush's Subsequent Parole Consideration Hearing #2, the Board of Prison Terms denied his parole for 2 years and made the following recommendations: Remain disciplinary free (accomplished), and continue to participate in self-help programs (accomplished).

IV. **FUTURE PLANS:**

A. **Residence:** Remains the same as stated on the previous report, with the exception of the inmate's father's change of address as follows: Mr. Richard Rush, 582 Grass Valley Court, Lake Arrowhead, CA.

B. **Employment:** Remains the same as stated in the previous report.

C. **Assessment:** A current employment offer in the area of drafting is recommended.

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING
MARCH 2005 CALENDAR

### VI. SUMMARY:

A. Prior to release the prisoner could benefit from: remaining disciplinary free and continuing his participation in self-help and therapy programs, when available, in order to face, discuss, understand and cope with stress in a nondestructive manner.

B. This report is based on an interview with the prisoner on 11/19/04 lasting approximately 1 ½ hours and a complete review of the Central File lasting 3 hours.

C. Prisoner was afforded an opportunity to examine his Central File on 11/19/04 and did so per CDC 128 B dated 11/24/04.

D. No accommodation was required per the Armstrong vs. Davis BPT Parole Proceedings Remedial Plan (ARP) for effective communication.

_____  12/22/04
S. Arno,                        Date
Correctional Counselor I


_____  12-22-04
J. Selvidge,                    Date
Correctional Counselor II


_____  12-22-04
R. Pope,                        Date
Facility Captain


_____  12/28/04
D. S. Levorse                   Date
Classification and Parole Representative

BOARD OF PRISON TERMS                                                              STATE
OF CALIFORNIA

# LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

- [ ] DOCUMENTATION HEARING
- [x] PAROLE CONSIDERATION HEARING
- [ ] PROGRESS HEARING

INSTRUCTIONS
   TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
   TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY
      ESTABLISHED, ie., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 5/02 to 12/02 | | | **PLACEMENT**: CTF.<br>**CUSTODY**: Remains at Medium A.<br>**VOC. TRAINING**: None during this period.<br>**ACADEMICS**: None during this period.<br>**WORK RECORD**: Rush continued as the Pre-Release clerk.<br>**GROUP ACTIVITIES**: He received laudatory chronos on 7/17/02 and 10/16/02 for actively attending the Alcoholics Anonymous Program at CTF.<br>**PSYCH. TREATMENT**: None noted during this period.<br>**PRISON BEHAVIOR**: Rush remained disciplinary free during this period.<br>**OTHER**: None. |

Signature: Mrno, CCI                                             DATE: 12/22/04

RUSH, ROBERT D.        D73321                 CTF-SOLEDAD              MAR/2005

BPT 1004 (REV 7/86)                    Page _1_

BOARD OF PRISON TERMS                                                                STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 12/02 to 12/03 | | | **PLACEMENT**: CTF.<br>**CUSTODY**: Remains at Medium A.<br>**VOC. TRAINING**: None noted during this period.<br>**ACADEMICS**: None noted during this period.<br>**WORK RECORD**: Rush continued as the Pre-Release clerk until 12/22/03 when he was reassigned as the Bridging Program clerk.<br>**GROUP ACTIVITIES**: He continued his participation in the Alcoholic's Anonymous program per CDC 128-B's dated 1/8/03, 4/23/03 and 12/15/03. On 5/13/03 Rush successfully completed a course in the cause, prevention, treatment and management of Hepatitis. On 5/15/03 he received a laudatory chrono for volunteering his time and organizational skills in providing for clerical and production support in the Central Education Department's graduation and promotion ceremony.<br>**PSYCH. TREATMENT**: None noted during this period.<br>**PRISON BEHAVIOR**: Rush remained disciplinary free during this period.<br>**OTHER**: None. |

ORDER:
- ☐ BPT date advanced by ____ months.
- ☐ PBR date advanced by ____ months.
- ☐ BPT date affirmed without change.
- ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
- ☐ Previously imposed conditions affirmed.
- ☐ Add or modify

- ☐ Schedule for Progress Hearing on appropriate institutional calendar

| RUSH, ROBERT D. | D73321 | CTF-SOLEDAD | MAR/2005 |
|---|---|---|---|

BOARD OF PRISON TERMS                                                                STATE OF CALIFORNIA

BPT 1004 (REV 7/86)                          Page _2_

BOARD OF PRISON TERMS                                                                STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 12/03 to Present (11/04) | | | **PLACEMENT:** CTF.<br>**CUSTODY:** Remains at Medium A.<br>**VOC. TRAINING:** None noted during this period.<br>**ACADEMICS:** None noted during this period.<br>**WORK RECORD:** Rush continued as the clerk in the Bridging Program. On 3/9/04 he received all above average ratings in all categories of his Work Supervisor's Report.<br>**GROUP ACTIVITIES:** On 2/7/04 Rush successfully completed Dr. Thomas Gordon's Family Effectiveness Training/Harmony in the home self-help program. On 4/9/04 he received a laudatory chrono for his active participation in the Alcoholics Anonymous program. On 6/24/04 he received another laudatory chrono for his voluntary assistance with the CTF Video Reports Program. Rush claims that he is currently enrolled in the Anger Management and Fatherhood Lecture Series.<br>**PSYCH. TREATMENT:** None noted during this period.<br>**PRISON BEHAVIOR:** Rush remained disciplinary free during this time period.<br>**OTHER:** None. |

ORDER:

☐ BPT date advanced by ___ months.          ☐ BPT date affirmed without change.
☐ PBR date advanced by ___ months.          ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
☐ Previously imposed conditions affirmed.
☐ Add or modify

☐ Schedule for Progress Hearing on appropriate institutional calendar

RUSH, ROBERT            D73321            CTF-SOLEDAD            MAR/2005

BOARD OF PRISON TERMS                                                                STATE OF CALIFORNIA

BPT 1004 (REV 7/86)                          Page _3_