# EXHIBIT 5

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING
JULY 2002 CALENDAR

**RUSH, ROBERT**                                                        D-73321

I.  **COMMITMENT FACTORS:**

   A.  **Life Crime:** Count 1, Murder 2nd, with Use of a Firearm, PC 187/12022.5, Case Number SBD CR 44594; Sentence: 15 years to Life. MEPD: 11/30/97. Victim: John Heinz, age unknown.

   1.  **Summary of Crime:** At some time before July 1, 1986, at their residence, John Heinz (victim) and his roommate, Robert Rush (subject), had an argument and physical altercation over household responsibilities. Robert Rush shot John Heinz numerous times with a .22 caliber rifle. Following the murder, another roommate, Marcus Hoy (co-defendant), arrived at the residence. Rush and Hoy cleaned the house of incriminating evidence and placed the victim's body in plastic bags and a sleeping bag. Rush and Hoy drove the body to the Dover Canyon area where they buried the victim. They buried the victim's wallet identification in a separate location. Rush and Hoy later took and left the victim's truck in Riverside. Rush and Hoy then used the victim's money to go drinking. Source: Probation Officer's Report, pages 1 through 3.

   2.  **Prisoner's Version:** Rush states that he and the victim were roommates along with several other college students. On the day of the incident, Rush and Heinz got into an argument over household issues. Heinz then physically attacked Rush by pushing him to the ground and beating, kicking and verbally mocking him. Rush felt scared and helpless and went looking for a weapon to protect himself. Rush grabbed a .22 caliber rifle from underneath his bed. Rush then stepped into the hallway on the way to the bathroom to clean up a bloody nose. Rush was carrying the rifle and cocked it and told Heinz "to back off." Heinz then lunged towards him; Rush flinched, and the gun went off. Rush states he was shocked at what had occurred and did not know what to do. Just then his roommate Hoy came and he told him what had happened and asked him what to do. Hoy suggested that they hide the body so that no one would ever know what happened. Rush states he was frightened and ashamed of what he had done, so he went along with the plan to hide the body. They buried the body, and Rush did his best to go on as if nothing had happened. Rush

states that he did tell his other roommate, Galloway, what had happened. Several weeks after that, he was arrested after Galloway turned him in. Rush does not blame Galloway but wishes that he had came forward immediately after the incident.

B. **Aggravating/Mitigating Circumstances:**

1. **Aggravating Factors:**

   a. During the commission of the crime, Rush had a clear opportunity to cease, but instead continued.

   b. Rush had a special relationship of trust with the victim, as they were roommates and friends.

2. **Mitigating Factors:** Rush has no prior history of criminal behavior.

II. **PRECONVICTION FACTORS:**

A. **Juvenile Record:** Rush has no known juvenile record; CLETS dated 2/18/88.

B. **Adult Convictions:** Rush has no known criminal record until current offense. No prior county, probation or CDC history; POR, page 1.

C. **Personal Factors:**

1. Rush graduated from Rim of the World High School in 1983. He was also attending California State University San Bernardino at the time of the offense. Noted also is a certificate of completion of the Vocational Drafting and Architectural course.

2. Rush had worked for Sickles Painting as a painter until the time of his arrest. Prior employment consisted of working at the Wiley Woods Conference Center as a maintenance employee.

III. **POSTCONVICTION FACTORS:**

A. **Special Accommodations/Disability:** None.

B. **Custody History:** Rush was originally received in California Department of Corrections on 12/17/87. He was processed through California Correctional Institution Reception Center (CCI-RC) and then transferred to the Correctional

Training Facility (CTF). His initial review established his custody at Close B and he was released to the general population. Rush has remained housed at CTF during most of his incarceration.

    C.    **Work, Education, Vocation, Therapy & Self-Help Activities:** Rush participated and has been active and productive in the Entrepreneur Development Class (E.D.C.) at the Correctional Training Facility. Additionally, Rush successfully completed a course of instruction in HIV/AIDS and Infectious Disease. Rush also completed a fourteen (14) week IMPACT workshop. IMPACT Program is a self-help group designed to provide an opportunity for education and awareness at to profound negative impact of crimes on victims. Rush completed the requirements for self-help as documented by M. Carswell, PH.D, Staff Psychologist. The exercise is designed to illustrate the inmates understanding of the concepts and test his motivational skills for positive change. Rush continues to participate in Twelve (12) Step Program Alcoholics Anonymous and Narcotics Anonymous. During the past two years Rush has been assigned as a Teacher's Aide in Education and Pre-Release Clerk with exceptional ratings.

    D.    **Disciplinary History:** None.

IV.    **FUTURE PLANS:**

    A.    **Residence:** Rush plans to reside with his parents Richard and Ann Rush, P.O. Box 1314, Blue Jay, California 92317. Rush indicated that his parents would support him morally and financially until he will be able to establish himself financially.

    B.    **Employment:** Rush plans to seek employment in the drafting field as he already has a certificate of completion in Vocational Architectural Drafting. In an interview for this report an updated employment offer has not been received.

V.    **USINS STATUS:** N/A

VI.    **SUMMARY:**

    A.    Considering the commitment offense, lack of prior criminal record and positive prison adjustment, this writer believes the prisoner would pose an unpredictable degree of threat to the public at this time, if released from prison. This writer acknowledges the inmate's positive program while in a controlled setting such as state prison, but also notes that during the commission of the crime, Rush fired

repeatedly at the victim until his weapon was empty. The manner in which the crime was covered up, the body buried and personal belongings taken, raise doubts about subject's suitability for parole at this time. Rush has completed his education while incarcerated (Bachelor's Degree) and is currently working on a Master's Degree through San Jose State University. Rush would benefit from continuing to attend therapy, to accept the responsibility of the commitment offense and gain insight into impulse and anger control, as indicated in the previous documents.

B.     Prior to release, the prisoner can benefit from;

       1.     Continue to maintain a disciplinary free record.

       2.     Continue to participate in available therapy, which will enhance insight, acceptance and responsibility for instant offense.

C.     This Board Report is based upon a one-hour interview and a thorough review of the Central File. Rush reviewed his Central File on 5/1/02 in preparation for his upcoming Board Hearing.

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING
AUGUST 2002 CALENDAR

_____
L.R. Baker
Correctional Counselor I


_____
S. Hill
Correctional Counselor II


_____ FC(A)
L. Schwimmer
Facility Captain


_____
D.S. Levorse
Classification and Parole Representative

| RUSH, ROBERT | D-73321 | CTF-Soledad | AUG/2002 |

BOARD OF PRISON TERMS  STATE OF CALIFORNIA
# LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

- [ ] DOCUMENTATION HEARING
- [x] PAROLE CONSIDERATION HEARING
- [ ] PROGRESS HEARING

INSTRUCTIONS
　　TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
　　TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY
　　　　ESTABLISHED, ie., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 12/99 to 12/00 | | | **PLACEMENT**: Remained at the Correctional Training Facility during this period.<br>**CUSTODY**: Retained Medium A custody during this period.<br>**CLASSIFICATION SCORE**: Rush appeared before UCC on 1/19/00 for an Annual Review, classification score remained at 0 due to positive programming.<br>**ACADEMIC**: None noted during this period.<br>**WORK**: Rush was assigned to a clerical position from 12/1/99 to 3/17/00, Teacher's Aide 3/17/00 and 6/10/00 with exceptional ratings.<br>**VOCATION**: None noted during this period.<br>**GROUP ACTIVITIES**: Rush participated in the Alcoholics Anonymous and Narcotics Anonymous as documented on CDC 128B dated 12/15/00. Also, Rush successfully completed a course in cause, prevention, treatment of HIV/AIDS as documented on CDC 128B dated 10/24/00.<br>**PSYCH TREATMENT**: None noted during this period.<br>**PRISON BEHAVIOR**: Remains disciplinary free. |

Signature: *L.R. Baker*  DATE: 7-1-02

| RUSH, ROBERT | D-73321 | CTF-SOLEDAD | JUL/2002 |

BPT 1004 (REV 7/86)　　　　　　　　　　Page _1_

BOARD OF PRISON TERMS                                                              STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 12/00 to 12/01 | | | **PLACEMENT**: Remained at CTF. <br> **CUSTODY**: Retained Medium A. <br> **CLASSIFICATION SCORE**: Rush appeared before UCC on 1/24/01 for an Annual Review. Classification score remained at zero due to positive programming. <br> **ACADEMIC**: None noted during this period. <br> **WORK**: Rush was assigned as ABE-I Clerk from 6/10/00 to 12/11/01 with exceptional ratings. <br> **VOCATION**: None noted during this period. <br> **GROUP ACTIVITIES**: Rush participated in the IMPACT workshop as documented on CDC 128B dated 12/26/01, additionally Rush participated in the Alcoholics Anonymous and Narcotics Anonymous as documented on CDC 128B dated 4/14/01, 7/26/01, and 11/15/01. <br> **PSYCH TREATMENT**: Rush completed a self-help program given by M. Carswell, Staff Psychologist, documented on CDC 128C dated 8/3/01. <br> **PRISON BEHAVIOR**: Remains disciplinary free. |

ORDER:
- ☐ BPT date advanced by _____ months.
- ☐ PBR date advanced by _____ months.
- ☐ BPT date affirmed without change.
- ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
- ☐ Previously imposed conditions affirmed.
- ☐ Add or modify

- ☐ Schedule for Progress Hearing on appropriate institutional calendar

| RUSH, ROBERT | D-73321 | CTF-SOLEDAD | JUL/2002 |

BOARD OF PRISON TERMS                                                              STATE OF CALIFORNIA

BPT 1004 (REV 7/86)                         Page _2_

BOARD OF PRISON TERMS                                                                             STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 12/01 to 5/02 | | | **PLACEMENT:** Remains at CTF.<br>**CUSTODY:** Retained Medium A.<br>**CLASSIFICATION SCORE:** Rush appeared before UCC on 12/27/01 for an Annual Review. Classification remained at 0 due to positive programming.<br>**ACADEMIC:** None noted during this period.<br>**WORK:** Rush is currently assigned as a Teacher's Aide position in Education effective 12/11/01 to present with exceptional ratings.<br>**VOCATION:** None noted during this period.<br>**GROUP ACTIVITIES:** Rush participated in the Alcoholics Anonymous and Narcotics Anonymous program as documented on CDC 128B dated 2/15/02 and 4/10/01. Rush also completed a course in prevention and cause of Hepatitis as documented on CDC 128B dated 4/26/02.<br>**PSYCH TREATMENT:** None noted during this period.<br>**PRISON BEHAVIOR:** Remains disciplinary free. |

ORDER:
☐ BPT date advanced by ____ months.              ☐ BPT date affirmed without change.
☐ PBR date advanced by ____ months.              ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
☐ Previously imposed conditions affirmed.
☐ Add or modify

☐ Schedule for Progress Hearing on appropriate institutional calendar

RUSH, ROBERT                D-73321                    CTF-SOLEDAD                          JUL/2002

BOARD OF PRISON TERMS                                                                             STATE OF CALIFORNIA

BPT 1004 (REV 7/86)                          Page _3_

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING
JULY 2002 CALENDAR
ADDENDUM

**RUSH, ROBERT**                                                                                          **D73321**

The following is a change to the Summary section of the Board Report. The Board Report reads as follows:

A. Considering the commitment offense, lack of prior criminal record and positive prison adjustment, this writer believes the prisoner would pose an unpredictable degree of threat to the public at this time, if released from prison. This writer acknowledges the inmate's positive program while in a controlled setting such as state prison, but also notes that during the commission of the crime, Rush fired repeatedly at the victim until his weapon was empty. The manner in which the crime was covered up, the body buried and personal belongings taken, raise doubts about subject's suitability for parole at this time. Rush has completed his education while incarcerated (Bachelor's Degree) and is currently working on a Master's Degree through San Jose State University. Rush would benefit from continuing to attend therapy, to accept the responsibility of the commitment offense and gain insight into impulse and anger control, as indicated in the previous documents.

The Board Report should read:

A. Considering the commitment offense, lack of prior criminal record and positive prison adjustment, this writer believes the prisoner would pose an unpredictable degree of threat to the public at this time, if released from prison. This writer acknowledges the inmate's positive program while in a controlled setting such as state prison, but also notes that during the commission of the crime, Rush fired repeatedly at the victim until his weapon was empty. The manner in which the crime was covered up, the body buried and personal belongings taken, raise doubts about subject's <u>readiness</u> for parole at this time. Rush has completed his education while incarcerated (Bachelor's Degree) and is currently working on a Master's Degree through San Jose State University. Rush would benefit from <u>participating in group or one-on-one therapy</u>, to accept the responsibility of the commitment offense and gain insight into impulse and anger control, as indicated in the previous documents.

_L.R. Baker_     12/10/02
L.R. Baker     Date
Correctional Counselor I


_R. Leach_     12/12/02
R. Leach     Date
Correctional Counselor II


_R. Lopez_     12-11-02
R. Lopez     Date
Facility Captain(A)


_Levorse, C&PR_     12-17-02
D.S. Levorse     Date
Classification and Parole Representative

RUSH, ROBERT     D73321     CTF     JUL/2002

BOARD OF PRISON TERMS  STATE OF CALIFORNIA

# LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

☐ DOCUMENTATION HEARING

☒ PAROLE CONSIDERATION HEARING  **ADDENDUM**

☐ PROGRESS HEARING

**INSTRUCTIONS**
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, ie., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 5/02 to 11/02 | | | **PLACEMENT:** Remained at the Correctional Training Facility during this period. **CUSTODY:** Retained Medium A custody during this period. **CLASSIFICATION SCORE:** Remained at 0. **ACADEMIC:** None noted during this period. **WORK:** Rush is currently assigned as a Teachers Aide in Pre-release program in the Education Department with exceptional ratings. **VOCATION:** None noted during this period. **GROUP ACTIVITIES:** Rush participated in the Alcoholics Anonymous Program as documented on CDC 128B dated 7/17/02. **PSYCH TREATMENT:** None noted during this period. **PRISON BEHAVIOR:** Remains disciplinary free for this period. **OTHER:** This Addendum is based upon 0 hours of interview and a thorough review of the Central File. Rush refused to review his Central File on 11/27/02 in preparation for his upcoming Board hearing. |

CORRECTIONAL COUNSELOR'S SIGNATURE  
*J.R. Baker*  

DATE: 12-11-02

| RUSH, ROBERT | D73321 | CTF | JUL/2002 |

BPT 1004 (REV 7/86)  1

LIFE PRISONER: POSTCONVICTION PROGRESS REPORT         ADDENDUM
JUL/2002

_L.R. Baker_      12-11-02
L.R. Baker      Date
Correctional Counselor I


_R. Leach_      12/11/02
R. Leach      Date
Correctional Counselor II


_R. Lopez_      12-11-02
R. Lopez      Date
Facility Captain(A)


_Levorse, C&PR_ 12-11-02
D.S. Levorse      Date
Classification and Parole Representative


RUSH, ROBERT    D73321    CTF    JUL/2002
BPT 1004 (REV 7/86)    2

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING
JULY 2002 CALENDAR
ADDENDUM

**RUSH, R.**                                                                                                          **D73321**

Summary to read:

On 7/12/02, Inmate Rush received a copy of his Board Report for his scheduled Board of Prison Terms Hearing calendered for July 2002. Rush indicated he disagreed with his Board Report in the following area: Rush has completed his education while incarcerated (Bachelor's Degree) and is currently working on a Master's Degree through San Jose State University.

Amendment to Summary:

Upon further review of the Central File, a Certificate of Support dated 5/24/97 documented that Rush received his Master's of Arts Degree in Humanities dated 5/24/97 from California State University Dominguez Hills.

RUSH, R.                        D73321                        CTF                        JUL/2002

Inmate Rush, D-73321
Page 2

*L. R. Baker* (signature)

L. R. Baker
Correctional Counselor I
CTF-Central/Unit-I

*C. Plymesser* (signature)

C. Plymesser
Correctional Counselor II
CTF-Central/Unit-I

*L. Trexler* (signature)

L. Trexler
Facility Captain (A)
CTF-Central/Unit-I

*D. Levorse CCPR(A)* (signature)

D. Levorse
Classification & Parole Representative
CTF