# EXHIBIT 9

COURT OF APPEAL -- STATE OF CALIFORNIA
FOURTH DISTRICT
DIVISION TWO

### ORDER

FILED FEB 1 4 2007
COURT OF APPEAL FOURTH DISTRICT

In re

ROBERT DALTON RUSH

on Habeas Corpus.

E042268

(Super.Ct.Nos. SCR44594 & SWHSS9037)

PLACE IN FILE

The County of San Bernardino

THE COURT

The petition for writ of habeas corpus is DENIED.

MILLER
_____
Acting P.J.

cc:   See attached list


COPY