# EXHIBIT 11

Date Filed:
SAN DIEGO DOCKETING
MAY 11 2007
No. S020077004O4
BY NORMA SANTACRUZ

Court of Appeal, Fourth Appellate District, Div. 2 - No. E042268
S150438

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re ROBERT DALTON RUSH on Habeas Corpus

The petition for review is denied.

SUPREME COURT
FILED
MAY - 9 2007
Frederick K. Ohlrich Clerk
DEPUTY

GEORGE
Chief Justice