STEVE M. DEFILIPPIS
SBN 117292
PICONE & DEFILIPPIS, A P.L.C.
625 N. First Street
San Jose CA 95112
(408) 292-0441

Attorneys for Petitioner,
ROBERT RUSH

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUSH, | Case No. C07-03990 CRB |
| Petitioner, | |
| vs. | *MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER* |
| BEN CURRY, Warden, | |
| Respondent, | |
| Real Parties in Interest. | |

I, STEVE M. DEFILIPPIS, declare as follows:

1. I am an attorney at law duly licensed to practice before all Courts of this state. I am also admitted to practice in the Northern, Southern, Eastern and Central Districts of California, the Ninth Circuit, and the United States Supreme Court. I am a member of the law firm of PICONE & DEFILIPPIS, attorneys for the Petitioner, ROBERT RUSH, in this action.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I can competently testify thereto.

3. On December 19, 2007, Petitioner is due to file his Traverse to the Respondent's Answer. However, I will be out of town and unable to file the Traverse by that time. I am therefore asking that this Court grant a thirty (30) day extension in which to file the Traverse.

4. No previous extension has been requested or granted.

5. I will need this time to address all of the issues in the answer.

6. The following unusual circumstances have resulted in a temporary extreme backlog of work in my office. I have been extraordinarily overextended in the last three months, with numerous other deadlines that I have to meet, as well as an ongoing double homicide trial, and despite working extremely long hours, I was unable to meet the current deadline. I have provided the Court with the information regarding this temporary situation in various other cases before this same court, and the court is well aware of those circumstances. I am currently tied up with briefs on the recently issued decision in the case of *In re Dannenberg*, 156 Cal.App.4th 1387, a petition for review in the California Supreme Court due next week, and I am currently completing a lengthy evidentiary hearing in a state habeas proceeding. This is all in addition to numerous writs, traverses, motions, oppositions to stay requests and dismissal motions, and appellate briefs on parole cases.

7. The above circumstances have left me literally overloaded with the writs and appeals on the parole cases. While I am slowly starting to catch up, with the addition of new matters, I still have approximately six (6) habeas petitions in progress that have due dates because of the AEDPA in the next thirty (30) days, as well as a variety of traverses, appellate briefs in both state courts of appeal and this court. Thus, I simply cannot meet the current deadline.

8. Accordingly, Petitioner respectfully asks this Court to grant this extension.

9. On December 13, 2007, my secretary left a voice message to Attorney General Scott C. Mather regarding my request for extension, but has not heard back from Mr. Mather.

I declare under penalty of perjury that the foregoing is true and correct, executed this 13th day of December, 2007 in the City of San Jose, County of Santa Clara, State of California.

STEVE M. DEFILIPPIS

STEVE M. DEFILIPPIS
State Bar #117292
PICONE & DEFILIPPIS, A P.L.C.
625 N. First Street
San Jose, CA 95112
(408) 292-0441

Attorneys for Petitioner,
ROBERT RUSH

### IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

ROBERT RUSH,

    Petitioner,

vs.

BEN CURRY, Warden,

    Respondent,

Real Parties In Interest.
_____/

Case No. C07-03990 CRB

*ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER*

    Petitioner, ROBERT RUSH, having duly applied for an extension of time to file his Traverse, and good cause appearing,

    IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse is extended through and including January 18, 2008.

Dated: _____

                                                                                             U.S. DISTRICT COURT JUDGE