STEVE M. DEFILIPPIS
State Bar #117292
PICONE & DEFILIPPIS, A P.L.C.
625 N. First Street
San Jose, CA 95112
(408) 292-0441

Attorneys for Petitioner,
ROBERT RUSH

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT RUSH,

    Petitioner,

vs.

BEN CURRY, Warden,

    Respondent,

Real Parties In Interest.
_____/

Case No. C07-03990 CRB

*ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER*

    Petitioner, ROBERT RUSH, having duly applied for an extension of time to file his Traverse, and good cause appearing,

    IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse is extended through and including January 18, 2008.

Dated: January 2, 2008

_____
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer