STEVE M. DEFILIPPIS
SBN 117292
PICONE & DEFILIPPIS, A P.L.C.
625 N. First Street
San Jose CA 95112
(408) 292-0441

Attorneys for Petitioner,
ROBERT RUSH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUSH, | Case No. C07-03990 CRB |
| Petitioner, | |
| vs. | *MOTION FOR 2nd EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER* |
| BEN CURRY, Warden, | |
| Respondent, | |
| Real Parties in Interest. | |

I, STEVE M. DEFILIPPIS, declare as follows:

1. I am an attorney at law duly licensed to practice before all Courts of this state. I am also admitted to practice in the Northern, Southern, Eastern and Central Districts of California, the Ninth Circuit, and the United States Supreme Court. I am a member of the law firm of PICONE & DEFILIPPIS, attorneys for the Petitioner, ROBERT RUSH, in this action.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I can competently testify thereto.

3. On January 18, 2008, Petitioner is due to file his Traverse to the Respondent's Answer. However, I will be out of town and unable to file the Traverse by that time. I am therefore asking that this Court grant ten (10) days extension in which to file the Traverse.

4. One previous extension has been requested or granted.

5. I will need this time to address all of the issues in the Traverse.

6. This Court is aware of the unusual circumstances that have resulted in a temporary extreme backlog of work in my office from the previous applications for an extension. I had anticipated that I would be able to complete the Traverse by today, but with all of the other deadlines I have, two legal arguments remain to be addressed. I will need a sustained time of approximately eight (8) hours to finish the Traverse, but because of other commitments, I will not be able to finish the work until late next week, as three (3) of the remaining days are already blocked off for Board hearings at Corcoran Prison and an Evidentiary Hearing on Habeas proceeding in Solano County. Thus, I am asking for ten (10) days in an abundance of caution, but will file earlier if the Traverse is completed before then.

7. Accordingly, Petitioner respectfully asks this Court to grant this extension.

8. On January 17, 2008, my secretary left a voice message to Attorney General Scott C. Mather regarding my request for extension, but has not heard back from Mr. Mather.

I declare under penalty of perjury that the foregoing is true and correct, executed this 17th day of January, 2008 in the City of San Jose, County of Santa Clara, State of California.

_____
STEVE M. DEFILIPPIS

STEVE M. DEFILIPPIS
State Bar #117292
PICONE & DEFILIPPIS, A P.L.C.
625 N. First Street
San Jose, CA 95112
(408) 292-0441

Attorneys for Petitioner,
ROBERT RUSH

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Case No. C07-03990 CRB

ROBERT RUSH,

    Petitioner,

vs.

BEN CURRY, Warden,

    Respondent,

Real Parties In Interest.
_____/

***ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER***

Petitioner, ROBERT RUSH, having duly applied for an extension of time to file his Traverse, and good cause appearing,

IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse is extended through and including January 28, 2008.

Dated: _____

_____
U.S. DISTRICT COURT JUDGE