STEVE M. DEFILIPPIS
State Bar #117292
PICONE & DEFILIPPIS, A P.L.C.
625 N. First Street
San Jose, CA 95112
(408) 292-0441

Attorneys for Petitioner,
ROBERT RUSH

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. C07-03990 CRB

ROBERT RUSH,

    Petitioner,

vs.

BEN CURRY, Warden,

    Respondent,

Real Parties In Interest.
_____/

ORDER GRANTING 3rd EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER

    Petitioner, ROBERT RUSH, having duly applied for an extension of time to file his Traverse, and good cause appearing,

    IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse is extended through and including February 4, 2008.

Dated: Jan. 30, 2008

_____
U.S. DISTRICT COURT J.

IT IS SO ORDERED
Judge Charles R. Breyer