STEVE M. DEFILIPPIS
SBN 117292
PICONE & DEFILIPPIS, A P.L.C.
625 N. First Street
San Jose CA 95112
(408) 292-0441

Attorneys for Petitioner,
ROBERT RUSH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUSH, | Case No. C07-03990 CRB |
| Petitioner, | |
| vs. | *MOTION FOR 4th EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER* |
| BEN CURRY, Warden, | |
| Respondent, | |
| Real Parties in Interest. | |

I, STEVE M. DEFILIPPIS, declare as follows:

1. I am an attorney at law duly licensed to practice before all Courts of this state. I am also admitted to practice in the Northern, Southern, Eastern and Central Districts of California, the Ninth Circuit, and the United States Supreme Court. I am a member of the law firm of PICONE & DEFILIPPIS, attorneys for the Petitioner, ROBERT RUSH, in this action.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I can competently testify thereto.

3. On February 4, 2008, Petitioner is due to file his Traverse to the Respondent's Answer. However, I will be unable to file the Traverse by that time. I am therefore asking that this Court grant a four (4) day extension in which to file the Traverse.

4. Three previous extensions has been requested and granted.

5. I will need this time to address all of the issues in the Traverse.

6. This Court is aware of the unusual circumstances that have resulted in a temporary extreme backlog of work in my office from the previous applications for extensions. I had anticipated that I would be able to complete the Traverse by today, but with all of the other deadlines I have, several legal arguments remain to be addressed. I need a sustained time of approximately six (6) hours to finish the Traverse, but because of other commitments, I have not been able to put aside that time to finish the work, and will not be able to until later this week, as I am in the midst of finishing an appellee's brief in the 9th Circuit on *Thelander v. Kane*, a respondent's brief in the Sixth District on *In re Jeffrey*, a reply brief in the 9th Circuit on *Kutylo v. Vaughn*, two (2) federal court traverses, and just finished an informal reply on a habeas petition in Shasta County, a traverse in the First District, an amended federal habeas petition in the Central District, and four (4) habeas petitions that have deadlines because of the federal AEDPA. Of course, this is all in addition to the ordinary press of business.

7. Thus, I am asking that a four (4) day extension be granted, making Petitioner's Traverse due on or before February 8, 2008.

8. Accordingly, Petitioner respectfully asks this Court to grant this extension.

9. On February 4, 2008, my secretary left a voice message to Attorney General Scott C. Mather regarding my request for extension, but has not heard back from Mr. Mather.

I declare under penalty of perjury that the foregoing is true and correct, executed this 4th day of February, 2008 in the City of San Jose, County of Santa Clara, State of California.

_____
STEVE M. DEFILIPPIS

1  STEVE M. DEFILIPPIS
2  State Bar #117292
   PICONE & DEFILIPPIS, A P.L.C.
3  625 N. First Street
   San Jose, CA 95112
4  (408) 292-0441
5
6  Attorneys for Petitioner,
   ROBERT RUSH
7
                    IN THE UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9
                                        Case No.  C07-03990 CRB
10 ROBERT RUSH,
11
        Petitioner,
12                                      *ORDER GRANTING 4th EXTENSION
        vs.                             OF TIME TO FILE TRAVERSE TO
13                                      RESPONDENT'S ANSWER*
   BEN CURRY, Warden,
14
        Respondent,
15
   Real Parties In Interest.
16                                    /
17
        Petitioner, ROBERT RUSH, having duly applied for an extension of time to file his
18
   Traverse, and good cause appearing,
19
        IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse is extended
20
   through and including February 8, 2008.
21
22 Dated: _____            _____
23                              U.S. DISTRICT COURT JUDGE