STEVE M. DEFILIPPIS
SBN 117292
PICONE & DEFILIPPIS, A P.L.C.
625 N. First Street
San Jose CA 95112
(408) 292-0441

Attorneys for Petitioner,
ROBERT RUSH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUSH, | Case No. C07-03990 CRB |
| Petitioner, | |
| vs. | *MOTION TO PERMIT LATE FILING OF POINTS AND AUTHORITIES IN SUPPORT OF TRAVERSE* |
| BEN CURRY, Warden, | |
| Respondent, | |
| Real Parties in Interest. | |

I, STEVE M. DEFILIPPIS, declare as follows:

1. I am an attorney at law duly licensed to practice before all Courts of this state. I am also admitted to practice in the Northern, Southern, Eastern and Central Districts of California, the Ninth Circuit, and the United States Supreme Court. I am a member of the law firm of PICONE & DEFILIPPIS, attorneys for the Petitioner, ROBERT RUSH, in this action.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I can competently testify thereto.

3. On February 7th and February 8, 2008, I was out of the office visiting life prisoner for upcoming Board of Parole hearings, in Corcoran, CA. I completed the Traverse and Points and Authorities on the morning of February 8th and emailed them to my office as two (2) attachments for my secretary to e-file. When I arrived in my office on Monday, February 11, I noticed that

my secretary only e-filed the Denial portion of the Traverse, without the Memorandum of Points and Authorities, as she did not notice that there were two (2) attachments to the email.

    4. Accordingly, it is respectfully requested that this Court approve the late filing of the Memorandum of Points and Authorities in Support of the Traverse and extend the time for filing of same to February 11, 2008.

    I declare under penalty of perjury that the foregoing is true and correct, executed this 11th day of February, 2008 in the City of San Jose, County of Santa Clara, State of California.

STEVE M. DEFILIPPIS