IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT DALTON RUSH,

    Petitioner,

  v.

BEN CURRY,

    Respondent.
_____/

No. C 07-03990 CRB

**JUDGMENT**

    The Court having denied the petition for writ of habeas corpus by Memorandum and Order filed June 6, 2008, judgment is entered in favor of Respondent and against Petitioner Robert Dalton Rush.

    **IT IS SO ORDERED.**

Dated: June 6, 2008

    CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\3990\judgment.wpd