UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

July 2, 2008

**CASE INFORMATION:**
Short Case Title:  ROBERT DALTON RUSH -v- BEN CURRY
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: USDC, Northern District of CA, Judge Charles R. Breyer
Criminal and/or Civil Case No.: CV 07-03990 CRB
Date Complaint/Indictment/Petition Filed: 8/2/07
Date Appealed order/judgment *entered* 6/6/08
Date NOA *filed* 7/1/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)     ☐ denied in full (send record)
                           ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number: not applicable

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 7/1/08           Date Docket Fee Billed:
Date FP granted:                       Date FP denied:
Is FP pending? ☐ yes  ☐ no             Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION**
Appellate Counsel:                     Appellee Counsel:
Steve M. Defilipppis                   Scott Colin Mather
Picone & Defilippis                    CA State Attorney General's Office
625 N. First Street                    455 Golden Gate Ave., Suite 11000
San Jose, CA 95112                     San Francisco, CA 94102-7004

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                           Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                        9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Maria Loo, (415) 522-2000