STEVE M. DEFILIPPIS
State Bar No. 117292
PICONE & DEFILIPPIS
625 N. First Street
San Jose, California 95112
(408) 292-0441

Attorneys for Petitioner,
ROBERT RUSH

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT RUSH, | Case No. C 07-03990 CRB |
| Petitioner, | **NOTICE OF APPEAL** |
| v. | |
| BEN CURRY, Warden, | |
| Respondent. | |
| BOARD OF PRISON TERMS, ARNOLD SCHWARZENEGGER, Governor, | |
| Real Parties In Interest. | |

NOTICE IS HEREBY GIVEN that ROBERT RUSH appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on June 6, 2008. No oral proceedings occurred in this action, and therefore, no reporter's transcript will be designated pursuant to F.R.C.P. 10.

Dated: June 27, 2008

LAW OFFICES OF PICONE & DEFILIPPIS

By_____
STEVE DEFILIPPIS
Attorneys for Petitioner,
ROBERT RUSH

1

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA ) In Re ROBERT DALTON RUSH
) Federal Court, Case No. C 07-03990 CRB
COUNTY OF SANTA CLARA )

I am now and at times herein mentioned have been a citizen of the United States, over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 625 North First Street, San Jose, California 95112; that I served copies of the:

**NOTICE OF APPEAL**

by placing said copies in an envelope addressed to:

Attorney General's Office
Attn: Scott Colin Mather
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102-3664

which envelope was then sealed and, with postage fully prepaid thereon, was on June 30, 2008, deposited in the United States mail at San Jose, California; that there is delivery service by the United States mail at the place so addressed, or that there is regular communication by mail between that place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2008 at San Jose, California.

NAOMI CHAIREZ