APPEAL, CLOSED, E-Filing, HABEAS

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-03990-CRB
### Internal Use Only

| | |
|---|---|
| Rush v. Curry<br>Assigned to: Hon. Charles R. Breyer<br>Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Date Filed: 08/02/2007<br>Date Terminated: 06/06/2008<br>Jury Demand: None<br>Nature of Suit: 530 Habeas Corpus (General)<br>Jurisdiction: Federal Question |

**Petitioner**

**Robert Dalton Rush**  represented by  **Steve M. Defilippis**
Picone & Defilippis, APLC
625 N. First Street
San Jose, CA 95112
408-292-0441
Fax: 408-287-6550
Email: flipsmd2005@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Ben Curry**  represented by  **Scott Colin Mather**
*Acting Warden*
CA State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
415-703-5709
Fax: 415-703-5843
Email: Scott.Mather@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Board of Prison Terms**

**Interested Party**

**Arnold Schwarzenegger**
*Governor*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2007 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5. Receipt # 54611001454.) No Process. Filed byRobert Dalton Rush. (mcl, COURT STAFF) (Filed on 8/2/2007) (mcl, COURT STAFF). (Entered: 08/07/2007) |
| 08/02/2007 | 2 | MEMORANDUM of points and authorities in Support re 1 Petition for Writ of Habeas Corpus filed byRobert Dalton Rush. (Related document(s) 1 ) (mcl, COURT STAFF) (Filed on 8/2/2007) (mcl, COURT STAFF). (Entered: 08/07/2007) |
| 08/02/2007 | 3 | Appendix re 1 Petition for Writ of Habeas Corpus filed byRobert Dalton Rush. (Related document(s) 1 ) (mcl, COURT STAFF) (Filed on 8/2/2007) (Additional attachment(s) added on 3/12/2008: # 1 Exhibit BBB - Part 1, # 2 Exhibit BBB - Part 2, # 3 Exhibit BBB - Part 3, # 4 Exhibit BBB - Part 4, # 5 Exhibit CCC, # 6 Exhibit DDD, # 7 Exhibit EEE - JJJ, # 8 Exhibit KKK - SSS) (mcl, COURT STAFF). (Entered: 08/07/2007) |
| 08/02/2007 |  | CASE DESIGNATED for Electronic Filing. (mcl, COURT STAFF) (Entered: 08/07/2007) |
| 09/18/2007 | 4 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer. (mcl, COURT STAFF) (Filed on 9/18/2007) (Entered: 09/18/2007) |
| 09/19/2007 | 5 | ORDER TO SHOW CAUSE. Signed by Judge Breyer on 09/19/07. (crblc2, COURT STAFF) (Filed on 9/19/2007) (Entered: 09/19/2007) |
| 11/16/2007 | 6 | CLERK'S **Second** NOTICE re: Failure to E-File document nos. 1 - 3. (mcl, COURT STAFF) (Filed on 11/16/2007) Additional attachment(s) added on 11/16/2007 (mcl, COURT STAFF). (Entered: 11/16/2007) |
| 11/19/2007 | 7 | Response to Order to Show Cause *; Memorandum of Points and Authorities* byBen Curry. (Attachments: # 1 Exhibit 1# 2 Exhibit 2 part 1 of 2# 3 Exhibit 2 part 2 of 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6 part 1 of 2# 8 Exhibit 6 part 2 of 2# 9 Exhibit 7# 10 Exhibit 8 part 1 of 3# 11 Exhibit 8 part 2 of 3# 12 Exhibit 8 part 3 of 3# 13 Exhibit 9# 14 Exhibit 10# 15 Exhibit 11)(Mather, Scott) (Filed on 11/19/2007) (Entered: 11/19/2007) |
| 12/13/2007 | 8 | First MOTION for Extension of Time to File *Traverse to Respondent's Answer* filed by Robert Dalton Rush. (Defilippis, Steve) (Filed on 12/13/2007) (Entered: 12/13/2007) |
| 01/02/2008 | 9 | ORDER by Judge Charles R. Breyer granting 8 Motion for Extension of Time to File (Extended to 1/18/08) (fj, COURT STAFF) (Filed on 1/2/2008) (Entered: 01/02/2008) |
| 01/17/2008 | 10 | Second MOTION for Extension of Time to File *Traverse to 7 Respondent's Answer* filed by Robert Dalton Rush. (Defilippis, Steve) (Filed on 1/17/2008) Modified on 1/22/2008 (mcl, COURT STAFF). (Entered: 01/17/2008) |
| 01/28/2008 | 11 | Third MOTION for Extension of Time to File *Traverse to Respondent's Answer* filed by Robert Dalton Rush. (Defilippis, Steve) (Filed on 1/28/2008) (Entered: 01/28/2008) |
|  |  |  |

| | | |
|---|---|---|
| 01/31/2008 | 12 | ORDER by Judge Charles R. Breyer granting 11 Motion for Extension of Time to File (be, COURT STAFF) (Filed on 1/31/2008) (Entered: 01/31/2008) |
| 01/31/2008 | | (Court only) ***Motions terminated: 10 Second MOTION for Extension of Time to File *Traverse to Respondent's Answer* filed by Robert Dalton Rush. (be, COURT STAFF) (Filed on 1/31/2008) (Entered: 01/31/2008) |
| 02/04/2008 | 13 | Fourth MOTION for Extension of Time to File *Traverse to 7 Respondent's Answer* filed by Robert Dalton Rush. (Defilippis, Steve) (Filed on 2/4/2008) Modified on 2/5/2008 (mcl, COURT STAFF). (Entered: 02/04/2008) |
| 02/08/2008 | 14 | Traverse *to 7 Respondent's Answer* byRobert Dalton Rush. (Defilippis, Steve) (Filed on 2/8/2008) Modified on 2/11/2008 (mcl, COURT STAFF). (Entered: 02/08/2008) |
| 02/11/2008 | 15 | MOTION for Leave to File *Points and Authorities in Support of Traverse* filed by Robert Dalton Rush. (Attachments: # 1 Points and Authorities in Support of Traverse to Respondent's Answer)(Defilippis, Steve) (Filed on 2/11/2008) (Entered: 02/11/2008) |
| 06/06/2008 | 16 | ORDER denying petition for habeas corpus. Signed by Judge Charles R. Breyer on 6/6/2008. (crblc1, COURT STAFF) (Filed on 6/6/2008) (Entered: 06/06/2008) |
| 06/06/2008 | 17 | JUDGMENT in favor of respondent and against petitioner Robert Dalton Rush. Signed by Judge Charles R. Breyer on 6/6/2008. (crblc1, COURT STAFF) (Filed on 6/6/2008) Modified on 6/9/2008 (mcl, COURT STAFF). (Entered: 06/06/2008) |
| 06/06/2008 | | (Court only) ***Civil Case Terminated. (crblc1, COURT STAFF) (Filed on 6/6/2008) (Entered: 06/06/2008) |
| 07/01/2008 | 18 | NOTICE OF APPEAL as to 17 Judgment by Robert Dalton Rush. Filing fee $ 455. (mcl, COURT STAFF) (Filed on 7/1/2008) (Entered: 07/02/2008) |
| 07/02/2008 | 19 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 18 Notice of Appeal. (mcl, COURT STAFF) (Additional attachment(s) added on 7/2/2008: # 1 Appeal Form) (mcl, COURT STAFF). (Entered: 07/02/2008) |
| 07/02/2008 | 20 | Copy of Notice of Appeal and Docket sheet mailed to all counsel. (mcl, COURT STAFF) (Entered: 07/02/2008) |
| 07/02/2008 | 21 | Certificate of Record Mailed to USCA re 18 Notice of Appeal. (mcl, COURT STAFF). (Entered: 07/02/2008) |