**RECEIVED**

JUL 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

July 2, 2008

General Court Number
415.522.2000

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL - 7 2008

FILED
DOCKETED
DATE
INITIAL

**CASE NUMBER: CV 07-03990 CRB**

**CASE TITLE: ROBERT DALTON RUSH-v-BEN CURRY**

USCA Case Number: 08-16564

Dear Sir/Madam:

    Enclosed is the **Notice of Appeal** in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Maria Loo
Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL - 7 2008

July 2, 2008

FILED _____
DOCKETED _____
            DATE        INITIAL

**CASE INFORMATION:**
Short Case Title: <u>ROBERT DALTON RUSH</u>-v- <u>BEN CURRY</u>
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: <u>USDC, Northern District of CA, Judge Charles R. Breyer</u>
Criminal and/or Civil Case No.: <u>CV 07-03990 CRB</u>
Date Complaint/Indictment/Petition Filed: <u>8/2/07</u>
Date Appealed order/judgment *entered* <u>6/6/08</u>
Date NOA *filed* <u>7/1/08</u>
Date(s) of Indictment   Plea   Hearing   Sentencing

08-16564

COA Status (check one):   ☐ granted in full (attach order)     ☐ denied in full (send record)
                         ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number: <u>not applicable</u>

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>7/1/08</u>           Date Docket Fee Billed:
Date FP granted:                              Date FP denied:
Is FP pending? ☐ yes  ☐ no                    Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION**
Appellate Counsel:                            Appellee Counsel:
Steve M. Defilipppis                          Scott Colin Mather
Picone & Defilippis                           CA State Attorney General's Office
625 N. First Street                           455 Golden Gate Ave., Suite 11000
San Jose, CA 95112                            San Francisco, CA 94102-7004

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                  Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                               9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Maria Loo</u>, (415) 522-2000